IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

NELSON LEE PALMER #173247 Prose
Similar Situated Plaintiff etal
Full name and prison number of Plaintiffs
plaintiff(s)

v.

Doctor Sediet, etal
Similar situated, the
warden and Prison
Commissioner, Defendants
Name of person(s) who violated
your constitutional rights.. etal
(List the names of all the persons) -)
Similar Individual Defendants

CIVIL ACTION NO. 2:06CV344-WKW
(To be supplied by the Clerk of the
U.S. District Court)

Jurisdiction
I.
Invoked By 12-11-30,
Code 1975, and Renewith
42 U.S.C. 1983, At
403 U.S. At 888, FRCP-
Rule (3). 23(2)

EXHIBIT "A"
RECEIVED

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit
Plaintiff(s) _NONE_____

Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)
_In the United States middle District_
_Present Suit_

3. Docket No. _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **Yes**

6. Approximate date of filing lawsuit **April 12, 2006**

7. Approximate date of disposition **(SAP)**

II. PLACE OF PRESENT CONFINEMENT **P.O. Box 5107 Bullock Prison, Union Springs, AL. 36089**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Bullock Prison**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. P.M.S. (Doctor Sediet) | P.O. Box 5107 Union Springs, AL. 36089 |
| 2. | |
| 3. Warden Boy Whom Responsible for All | |
| 4. Prisoner's Medical Cares. | |
| 5. Alabama State Prison Commissioner | |
| 6. 10 Lawrence Street, Montgomery, AL 36130 | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **From January 1, 2006 Through the filing of this Law Suit (2006)**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **The Medical Doctor Mr. Sediet was Deliberate Indifferent, to the Plaintiff Medical Needs, By Refusing The Plaintiff**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**Proper Medical Care, In which, the Plaintiff has Been Made to Suffer from His Injury of Having [A] Extra Large, Fatty Growth on the Plaintiff Neck.**

-2-

**(See Additional)**

- 2 -

GROUND TWO: The Plaintiff has Suffered Emotional as well as physical, Injury, By Beening

SUPPORTING FACTS: Denied Adequate medical care where same caused the Plaintiff to suffer Inadequate medical care, By Beening Denied Proper Surgery, to cause deliberate Indifference to the Plaintiff Medical needs

GROUND THREE: Violated, 429 U.S. At 106 The Plaintiff move the federal court to order Proper medical service, From name defendants

SUPPORTING FACTS: who Violate the (A.D.A) American disibility acts of 1990, and Const. Amendment 8th, the Right of the Plaintiff, Due Process Rights to Have Proper medical service performed

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to cause the defendant to deliver Plaintiff, to Proper free world medical Hospital

/s/ Nelson Palmer 173247
Signature of plaintiff(s)

P.O. Box 5107
Union Springs, AL. 36089

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on: April 12, 2006
             (date)

Jurisdiction
II

Relief Sought; Count ONE:
The Plaintiff Seek Additional Relief of 5 million dollars from the Count One Defendants Beening deliberate Indifferent to His medical needs citing 429 U.S. At 106 FRCP Rule 8(a)(1) and 8(a)(2) for Relief 403 U.S. At 388 FRCP Rule 56(e)

/s/ Nelson Palmer 173247
Signature of plaintiff(s)

Count Two:
The Plaintiff does charge That what all the defendants Done Violated Similar Situated Plaintiff Rights FRCP Rule 23(a)

-3-