| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kay P. Hope* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>   4-21-06 |
| 1. Article Addressed to:<br><br>Commissioner Richard Allen<br>Alabama Department of Corrections<br>101 Union Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>   2:06CV344<br>   C + D               *(fo)* |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1820 0002 3465 0450 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |