IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NELSON LEE PALMER, #173247, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-344WKW |
| | ) |
| DR. SEDIET, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for more definite statement filed by the medical defendants on May 2, 2006 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The defendants are advised that they should file a written report supported by affidavits and medical records which addresses the plaintiff's claim that since January 1, 2006 he has been denied adequate medical treatment for a "fatty growth" on his neck.

Done this 3rd day of May, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE