IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NELSON LEE PALMER, #173247,      )
                                    )
      Plaintiff,               )
                                      )
      v.                         )      CASE NO. 2:06-CV-344-WKW
                                    )       (WO)
DR. SEDIET, et al.,             )
                                    )
      Defendants.          )

## ORDER

On April 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case that, to the extent the complaint can be construed to contain a motion for class certification, such motion is due to be denied.  No objections were filed.  After an independent and de novo review of the record, it ORDERED that:

    1.  The Recommendation of the Magistrate Judge (Doc. # 3) is ADOPTED;

    2.  The motion for class certification is DENIED;

    3.  This case is referred back to the Magistrate Judge for additional proceedings.

    DONE this the 16th day of May, 2006.


                  /s/   W.  Keith Watkins
              UNITED STATES DISTRICT JUDGE