IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Nelson Lee Palmer, #173 247     *

     Plaintiff,              *

         v.                  * CIVIL ACTION NO.

Doctor Sedict, *et al.,*       * 2:06-CV-344

     Defendants.         *

# A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Warden Holt, who being known to me, and being by me first duly sworn, deposes and says on oath as follows:

My name is Arnold Holt and I am presently employed as Warden III at Bullock County Facility, P.O. Box 5107, Union Springs, Al. 36089.

I know nothing of this matter.

_____
Arnold Holt, Warden III

STATE OF ALABAMA

COUNTY OF BULLOCK

Sworn to and subscribed before me and given under my hand and official seal this the _19th_ day of May 2006.

_____
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007
My Commission Expires: _____.