IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NELSON LEE PALMER (AIS #173247) | * |
| | * |
| Plaintiff, | * |
| V. | 2:06-CV-344-WKW |
| | * |
| DR. SEDIET, ET AL. | * |
| Defendants. | * |
| | * |

## PRISON HEALTH SERVICES, INC. AND TAHIR SIDDIQ, M.D.'S RESPONSE TO COURT ORDER DATED MAY 31, 2006

COME NOW Defendants Prison Health Services, Inc. (incorrectly named in the Plaintiff's Complaint as "P.M.S."); (hereinafter referred to as "PHS") and Tahir Siddiq, M.D. (incorrectly named in the Plaintiff's Complaint as "Doctor Sedict"), in response to this Honorable Court's Order of May 31, 2006, and show as follows:

1. A Special Report and Answer in this matter were due to be filed with the Court on May 29, 2006. However, due to a scheduling error, counsel for Defendants was operating under the incorrect impression that the Special Report and Answer were due to be filed with the Court on or before June 6, 2006.

2. Pursuant to this Court's Order, a Special Report and Answer is being contemporaneously filed with this response. The Special Report is supported by the Affidavit testimony of Tahir Siddiq, M.D., which establishes that this Plaintiff has received appropriate care for his medical complaints at all times.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants PHS and
Tahir Siddiq, M.D.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 5th day of June, 2006, to:

Nelson Lee Palmer (AIS# 173247)
Bullock County Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

s/R. Brett Garrett GAR085
Attorney for Defendants PHS and Tahir
Siddiq, M.D.