EXHIBIT
A-1

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Palmer, Nelson_          AIS# _173247_

Medication Allergies: _NKDA_

Medical: Chronic (Long-Term) Problems
　　　　Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
　　　　Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 6/24/05 | PPD 0mm | | | |
| 6/28/05 | Lipoma, Base of neck | | | a8 |
| 7/15/05 | Rtn - Belade level 4 | SMI | | PPL |
| 2/3/06 | . | MH3 | | JSA |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### <u>TREATMENT PLAN REVIEW</u>

**Application and Review Frequency: Monthly**

**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)

**RTU:** __X__ (weekly, bimonthly, monthly)

**Admission Date: 07.14.05**

**Outpatient:** ___ (6 months)

**SU:** ___ (weekly)

---

**Problem# 1 auditory hallucinations, paranoid ideation, depressed mood**

**Initiation Date:**     **Resolution Target Date: ongoing**     **Status: Resolved     No Change X     Modified**

**Outcome/modifications:** Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to continue monitoring and evaluating medication compliance, AT contact daily, TC to see 2x a month for counseling. Pt. noted to be 100% compliant with his medication, however is very resistant to group therapy. Will encourage on need for same in order to gain insight into his mental illness. Recommend schizophrenia group.

**Responsible Staff: Psych, TC, AT, MH nurse**                         **Frequency: 2 wks**

---

**Problem# 2**

**Initiation Date:**        **Resolution Target Date:**        **Status  Resolved        No Change        Modified**

**Outcome/modifications:**

**Responsible Staff:**                              **Frequency:**

---

**Problem#        Initiation Date:**        **Resolution Target Date:**        **Status:  Resolved        No Change        Modified**

**Outcome/modifications:**

**Responsible Staff:**                              **Frequency:**

---

**Problem#        Initiation Date:**        **Resolution Target Date:**        **Status:  Resolved        No Change        Modified**

**Outcome/modifications:**

**Responsible Staff:**                              **Frequency:**

---

**Treatment Coordinator:** _Ms. Mburu, M.S, MHP_        **Date:** _03/31/06_

| Inmate Name: Palmer, Nelson | Location/Level RTU/3 | AIS# 173247 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630, 632, 633, 635, 638

ADOC   **Form MH-034** - June 28, 2004

Page ___ of ___

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## <u>TREATMENT PLAN REVIEW</u>

**Application and Review Frequency: Monthly**

**Crisis Cell:** ____ MH Observation, ____ Suicide Watch (each working day)

**RTU:** __X__ (weekly, bimonthly, monthly)

**Admission Date: 07.14.05**

**Outpatient:** ___ (6 months)

**SU:** ___ (weekly)

---

**Problem# 1 S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood**

**Initiation Date:**      **Resolution Target Date: 4 wks**      **Status: Resolved     No Change     Modified X**

**Outcome/modifications:** Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC to see 2x a month for counseling and continue to encourage on need for MH groups

**Responsible Staff: Psych, TC, AT, MH nurse**                         **Frequency: 2 wks**

---

**Problem# 2**

 **Initiation Date:**      **Resolution Target Date:**      **Status   Resolved      No Change      Modified**

**Outcome/modifications:**

**Responsible Staff:**                                          **Frequency:**

---

**Problem#      Initiation Date:**      **Resolution Target Date:**      **Status:  Resolved     No Change     Modified**

**Outcome/modifications:**

**Responsible Staff:**                                          **Frequency:**

---

**Problem#      Initiation Date:**      **Resolution Target Date:**      **Status:  Resolved     No Change     Modified**

**Outcome/modifications:**

**Responsible Staff:**                                          **Frequency:**

---

**Treatment Coordinator:** __Ms. Mburu, M.S, MHP__      **Date:** __02/27/06__

| Inmate Name: Palmer, Nelson | Location/Level RTU/3 | AIS# 173247 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC:  622, 623, 630, 632, 633, 635, 638
ADOC  **Form MH-034**  - June 28, 2004
Page ___ of ___

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN REVIEW

**Application and Review Frequency: Monthly**
**Crisis Cell:** _____ MH Observation, _____ Suicide Watch (each working day)
    **RTU:** __X__ (weekly, bimonthly, monthly)

**Admission Date: 07.14.05**
**Outpatient:** ___ (6 months)
    **SU:** ___ (weekly)

---

**Problem# 1 S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood**
**Initiation Date:**    **Resolution Target Date: 4 wks**    **Status: Resolved   No Change   Modified X**
**Outcome/modifications:** Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC to see 2x a month for counseling and continue to encourage on need for MH groups

**Responsible Staff: Psych, TC, AT, MH nurse**    **Frequency: 2 wks**

---

**Problem# 2 Polysubstance Abuse**
**Initiation Date:**    **Resolution Target Date: Ongoing**    **Status  Resolved   No Change X   Modified**
**Outcome/modifications:** Inmate will attend and complete substance abuse program, become and remain drug free and learn how substance abuse negatively impacts his life and mental illness

**Responsible Staff: ADOC, TC**    **Frequency: 2 wks**

---

**Problem#**    **Initiation Date:**    **Resolution Target Date:**    **Status: Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**    **Frequency:**

---

**Problem#**    **Initiation Date:**    **Resolution Target Date:**    **Status: Resolved   No Change   Modified**
**Outcome/modifications:**

**Responsible Staff:**    **Frequency:**

---

**Treatment Coordinator:** _Ms. Mbum , M.S, MHP_    **Date:** _01/27/06_

| Inmate Name: Palmer, Nelson | Location/Level RTU/3 | AIS# 173247 |
|---|---|---|

Disposition: Medical File

Reference: AR ADOC: 622, 623, 630, 632, 633, 635, 638
ADOC **Form MH-034** - June 28, 2004
Page ___ of ___

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (*REVIEW*)

Treatment Plan Reviewed On: 12/27/05        Treatment Plan Initiated On:

Institution: Bullock Co. Correctional Facility        Admitted to Unit: 07.14.05
Level Currently Assigned: 4

CURRENT STATUS:

**Problem #1** S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood

Target Date for Resolution: 4 wks

Status:        Resolved ☐        No Change ☐        Modified ☑

Outcome/Modification: Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC 2x a month for counseling, encourage to enroll in schizophrenia group

---

**Problem #2** Polysubstance Abuse

Target Date for Resolution: Inmate will attend and complete substance abuse program, become and remain drug free and learn how substance abuse negatively impacts his life and mental illness

Status:        Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

---

**Problem #3**

Target Date for Resolution:

Status:        Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

---

Comments:
Level Change?        Yes        No

Second Page attached:        Yes ☐    No ☐

Psychiatrist: _____        Psychologist: R. _____

Mental Health Nurse: S. Anderson LPN    Activities Tech: R. Pasley

Treatment Coordinator: Ms. M_____    Correctional Officer Present: Yes ☐    No ☑

Inmate Agreement: Nelson Palmer        Date: 12-27-05

Next Treatment Plan Review by: 1/27/06        (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4 monthly)

| Inmate Name: Palmer, Nelson | AIS #: 173247 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN:  RESIDENTIAL TREATMENT UNIT   (REVIEW)**

**Treatment Plan Reviewed On:** *11·2 3·05*        **Treatment Plan Initiated On:**

**Institution:** Bullock Co. Correctional Facility        **Admitted to Unit:** 07.14.05
**Level Currently Assigned:** 4

CURRENT STATUS:

**Problem #1** S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood

Target Date for Resolution: 4 wks

Status:        Resolved ☐        No Change ☐        Modified ☑
Outcome/Modification: Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC 2x a month for counseling, encourage to enroll in schizophrenia group

**Problem #2** Polysubstance Abuse

Target Date for Resolution: Inmate will attend and complete substance abuse program, become and remain drug free and learn how substance abuse negatively impacts his life and mental illness

Status:        Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:

Status:        Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

Comments:

Level Change?        Yes        No

Second Page attached:        Yes ☐        No ☐

Psychiatrist: _____        Psychologist: R. Aguer

Mental Health Nurse: _____        Activities Tech: _____

Treatment Coordinator: _____        Correctional Officer Present: Yes ☐   No ☑

Inmate Agreement: Nelson Palmer        Date: 11-23-05

Next Treatment Plan Review by: *12·23·05*    (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4 monthly)

| Inmate Name: Palmer, Nelson | AIS #: 173247 |
| --- | --- |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT** (*REVIEW*)

Treatment Plan Reviewed On: *10.20.05*

Treatment Plan Initiated On:

Institution: Bullock Co. Correctional Facility
Level Currently Assigned: 4

Admitted to Unit: 07.14.05

CURRENT STATUS:

**Problem #1** S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood

Target Date for Resolution: 4 wks

Status:     Resolved ☐     No Change ☐     Modified ☑
Outcome/Modification: Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC 2x a month for counseling, encourage to enroll in schizophrenia group

**Problem #2** Polysubstance Abuse

Target Date for Resolution: Inmate will attend and complete substance abuse program, become and remain drug free and learn how substance abuse negatively impacts his life and mental illness

Status:     Resolved ☐     No Change ☑     Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:

Status:     Resolved ☐     No Change ☐     Modified ☐
Outcome/Modification:

Comments:

Level Change?     Yes     (No)

Second Page attached:     Yes ☐     No ☐

Psychiatrist: _____     Psychologist: *R. Anow*

Mental Health Nurse: _____     Activities Tech: *T. Brown*

Treatment Coordinator: *Ms. Mburn*     Correctional Officer Present: Yes ☐     No ☑

Inmate Agreement: *Nelson Palmer*     Date: *10-20-05*

Next Treatment Plan Review by: *11.20.05*     (Level 1: weekly; Level 2: bi-weekly; Level 3 & (4): monthly)

| Inmate Name: Palmer, Nelson | AIS #: 173247 |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT** *(REVIEW)*

Treatment Plan Reviewed On: 09·13·05          **Treatment Plan Initiated On:**

**Institution:** Bullock Co. Correctional Facility          **Admitted to Unit:** 07.14.05
**Level Currently Assigned:** 4

CURRENT STATUS:

**Problem #1** S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood

Target Date for Resolution: 4 wks

Status:          Resolved ☐          No Change ☐          Modified ☑
Outcome/Modification: Maintenance mode; maintain s/s's at current stable level, continue med regimen, mh nurse to monitor med compliance, AT contact daily, TC 2x a month for counseling, encourage to enroll in schizophrenia group

**Problem #2** Polysubstance Abuse

Target Date for Resolution: Inmate will attend and complete substance abuse program, become and remain drug free and learn how substance abuse negatively impacts his life and mental illness
Status:          Resolved ☐          No Change ☑          Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:
Status:          Resolved ☐          No Change ☐          Modified ☐
Outcome/Modification:

Comments:
Level Change?     Yes          No
Second Page attached:     Yes ☐     No ☐
Psychiatrist:                              Psychologist:
Mental Health Nurse: S. Anderson LPN     Activities Tech:
Treatment Coordinator: Ms. M____          Correctional Officer Present: Yes ☐     No ☐
Inmate Agreement: Nelson Palmer          Date: 9-13 05
Next Treatment Plan Review by:_____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Palmer, Nelson | AIS #: 173247 |
|---|---|

Arizona Department of Corrections Mental Health Services
Treatment Plan: Residential Treatment Unit

**Treatment Plan Initiated on:**
**Institution:** Bullock County Correctional Facility

**Treatment Coordinator:** Ms. Mburu
**Admitted to RTU:**

**Level Currently Assigned:**

**DSM IV Diagnosis:**
**Axis I:** Schizophrenia d/o; Polysubstance Abuse
**Axis II:** Deferred
**Axis III:** Facial Eczema
**Axis IV:** Incarceration
**Axis V:** 70

| | |
|---|---|
| **Problem # 1** S/S's of schizophrenia – auditory hallucinations, paranoid ideation, depressed mood | |
| **Goal:** Minimize or decrease s/s's of schizophrenia | |
| **Target Date for Resolution:** 4 wks | |
| **Intervention(s):** Psych Dr to prescribe medication, nurses to monitor medication compliance, TC to see 2x a month for counseling, enroll in schizophrenia group, AT contact daily | |
| **Staff Member(s) Responsible:** Psych, TC, MH nurses, AT | **Frequency:** 2 wks |
| **Problem # 2** Polysubstance Abuse | |
| **Goal:** Improve quality of life by maintaining an ongoing abstinence from all mood-altering chemicals | |
| **Target Date for Resolution:** 4 wks | |
| **Intervention(s):** Recommend SAP | |
| **Staff Member(s) Responsible:** ADOC, TC | **Frequency:** 2 wks |
| **Problem #3** | |
| **Goal:** | |
| **Target Date for Resolution:** | |
| **Intervention(s):** | |
| **Staff Member(s) Responsible:** | **Frequency:** |

**Psychiatrist:** _____    **Treatment Coordinator:** _Ms. Mburu_

**Mental Health Nurse:** _____    **Activities Tech:** _____

**Correctional Officer Present: Yes    No**

**Inmate Agreement:** _Nelson Palmer_    **Date:** _8 10 05_

**Treatment Plan Review to be Conducted by:**    (Level 1: weekly; Level 2: bi-weekly; Level 3&4: monthly)

| | |
|---|---|
| **Inmate Name:** Palmer, Nelson | **AIS#** 173247 |

Alabama Department of Public Health
TB  Division
RSA Tower/201 Monroe Street
Montgomery, ALabama  36130-3017

# TB
## Skin Test Report

| County Code | Target Testing | PROJECT | CHR# _B/T 33471_ |
|---|---|---|---|

**Last Name**

P _ _ _ _ C K

**First Name**                                                    MI

H _ _ _ _ N

**Patient Home Address**

**City**

**State**      **Zip Code**                          **Home Phone**

---

| SSN: - - | SEX: M  F | Test Administered By: | Site Test: |
|---|---|---|---|
| Date of Birth: - - | | TB Staff | Health Department |
| | | PH Nurse | Other |
| Race: W  B  AI  A  AN  H/PI  O | ETHNICITY: Hispanic or Latino:  YES  NO | Other | |

---

| Reason Tested: | | Contact to Case/Suspect: | Risk Categories: |
|---|---|---|---|
| Health Care Worker | Foreign Born | | A |
| Medical Risk | Homeless | YES    NO | |
| Shelter | Jail/Prison | | B |
| Student | Not at Risk | | |
| Occupational | | | C |

---

| PPD ONE: | | PPD TWO: | |
|---|---|---|---|
| Provider#: | Lot#: D 0 9 9 4 P | Provider#: | Lot#: |
| Date of Test 0 7 - 0 2 - 2 0 0 5 | Antigen  AP  TU | Date of Test - - | Antigen  AP  TU |

---

| Provider#: | | Provider#: | |
|---|---|---|---|
| Date Read - - | Result       mm  Not Read | Date Read - - | Result       mm  Not Read |

Race codes:  W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama 36130-3017

# TB
## Skin Test Report

| County Code | | Target Testing | | PROJECT | | CHR# *B/17 3247A* |
|---|---|---|---|---|---|---|

**Last Name**

PALMER

**First Name**                                 **MI**

NELSON

**Patient Home Address**

**City**

**State**       **Zip Code**            **Home Phone**

---

**SSN:** ___ - __ - ____

**Date of Birth:** __ - __ - ____

**SEX:** ○ M ○ F

**Race:** W  B  AI  A  AN  H/PI  O

**ETHNICITY:** Hispanic or Latino: ○ YES ○ NO

**Test Administered By:**
- ○ TB Staff
- ○ PH Nurse
- ○ Other

**Site Test:**
- ○ Health Department
- ○ Other

---

**Reason Tested:**
- ○ Health Care Worker
- ○ Medical Risk
- ○ Shelter
- ○ Student
- ○ Occupational
- ○ Foreign Born
- ○ Homeless
- ○ Jail/Prison
- ○ Not at Risk

**Contact to Case/Suspect:**
- ○ YES  ○ NO

**Risk Categories:**
- ○ A
- ○ B
- ○ C

---

**PPD ONE:**    (L) forearm

Provider#: [ ][ ][ ][ ]    Lot#: 009744P

Date of Test: 09 - 02 - 2005    Antigen ● AP ○ TU

**PPD TWO:**

Provider#: [ ][ ][ ][ ]    Lot#: [ ][ ][ ][ ][ ][ ]

Date of Test: __ - __ - ____    Antigen ○ AP ○ TU

---

Provider#: [ ][ ][ ][ ]

Date Read: __ - __ - ____    Result ___ mm ○ Not Read

Provider#: [ ][ ][ ][ ]

Date Read: __ - __ - ____    Result ___ mm ○ Not Read

---

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: _Palmer, Nelson_
AIS #: _173247_
D.O.B.: ▓▓▓▓▓▓▓

Age _37_    Sex _M_    Race _B_    Height _5'11"_    Weight _210_

| Temp: _98⁸_ | B/P: _140/74_ | Pulse: _86_ | Resp: _16_ |

** **B/P** – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you **ever** had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | ✓ | | Gastritis | | ✓ | **HIV/AIDS ***** | | ✓ |
| Loss of Consciousness | ✓ | | Ulcers | | ✓ | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding | | ✓ | Hepatitis - Type | | ✓ |
| Vertigo/Dizziness | | ✓ | Gall Bladder/Pancreas | | ✓ | Gonorrhea | | ✓ |
| Vision Problems | | ✓ | Liver Problems | | ✓ | Syphilis | | ✓ |
| Hearing Problems | | ✓ | Arthritis | | ✓ | Lice, Crabs, Scabies | | ✓ |
| Seizures | | ✓ | Joint Muscle Problem | | ✓ | | | |
| Strokes | | ✓ | Back/Neck Problem | | ✓ | **LMP** | | |
| Nervous Disorders | | ✓ | Kidney Stones/Dz | | ✓ | Date | | |
| DT's | | ✓ | Bladder/Kidney Infection | | ✓ | Duration | | |
| Heart Condition | | ✓ | Alcoholism | | ✓ | Normal | | |
| Angina/Heart Attack | | ✓ | Drug Abuse _crack 1 wknd_ | ✓ | | Regularity | | |
| High Blood Pressure | ✓ | | Psychiatric History | ✓ | | Gravida/Para | | |
| Anemia/Blood Disorder | | ✓ | Suicidal Thoughts** | | ✓ | AB/Miscarriage | | |
| Sickle Cell or Trait | | ✓ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | ✓ | **T.B.** | | | Type: | | |
| Asthma * _hx_ | | ✓ | PPD - date given. _6-22-05_ | | | | | |
| *Peak Flow Reading | | | RPR/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | ✓ | Date read: _6-24-05_ | | | Diagnostic Profile II | | |
| Emphysema | | ✓ | Results:  _Ø_ mm | | | RPR | | |
| Pneumonia | | ✓ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | ✓ | OD    OS | | | | | |
| Hay Fever/Allergies | | ✓ | OU _20/20_ | | | EKG  (@ age 35) | | |

Immunization History: _Td 2001  - Stated current status_

Immunizations Needed: _Ø_

***HIV Medications: _Ø_

Acute or Chronic Problem Noted: Ⓨ  N̸  Refer to Mid-Level or M.D. if yes.

_[signature]_ _6/22/05 @ 08.34_
**RN or Mid-Level, Signature**          **Date/Time**

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _Nelson Palmer_____ Date _6-22-05_____

AIS# _173247_____

Medical Staff _L. D. McGee_____ Date _6/22/05_____

4/13/04



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

32

## INTAKE SCREENING

Date: 6/21/05                                         AIS#: 178247

Last Name: Palmer          First: Nelson          Middle:

Birthplace:          DOB:          SS#:

| FEMALES: Pregnancy test: (circle one)    Positive    Negative | B/P 140/70  84    Temp 98    Pulse 80    Resp. 20    Weight 210 |
|---|---|
| | FSBS 84    If level > 200, repeat within 48 hours. Above 300 call M.D. |

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Brain Surgery 1999 → MVA   HX Eczema Since Age 12

Previous Incarcerations (Date & Facility)
Bullock 2004          2-3 wks ref by Health
                                    mental M.D.

| Medications: ☐ None  Seroquel QHS x2 | Special Diet (Prescribed): -0- |
|---|---|
| Allergies: ☐ NKA | Past Positive TB Skin Test (circle one)  YES - (Complete TB Screening Form)  NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert  (✓) Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance  (✓) Normal ( ) Abnormal

3) Signs of Trauma  ( ) Yes  (✓) No

4a) Behavior/Conduct (✓) Calm  (✓) Cooperative  (✓) Non-Violent
    ( ) Agitated  ( ) Uncooperative  ( ) Violent
    ( ) Manipulative  ( ) Disorganized
    Describe:

4c) Perceptions:  ( ) Delusional  ( ) Hallucinations   Took over dose of Pills

5a) Is there h/o actual suicide attempt?  (✓) Yes ( ) No
5c) Is there evidence

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

3) Substance Abuse:  (✓) Yes  ( ) No  ( ) Suspected
   ( ) Current intoxication/Abuse    ( ) Use  ( ) Withdrawal Symptoms
                                       (✓) Drugs ( ) Alcohol
   Describe- What kind? Amount/Frequency? Cocaine

   • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.

   Last Use: (Time/Date): 2002

4b) Affect/Mood: ( ) Normal ( ) Manic  ( ) Depressed
    ( ) Euphoria  ( ) Flat  ( ) Emotionally Confused
    Describe:

4d) Hearing Voices  Schizophrenia

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  (✓) No
5d) High risk pt may become assaultive towards staff? ( ) Yes  (✓) No

Triggers for Suicide Watch
- Currently Suicidal
- History of actual attempt
- Fails to maintain control on
  Close Watch    Y or N

Triggers for Close Watch
- Emotionally distraught and unable
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense   Y or N

6a) Communication Difficulties  ( ) Yes  (✓) No
6c) Hearing Impairment  ( ) Yes  (✓) No

6b) Memory Defects  ( ) Yes  (✓) No
6d) Speech Difficulties  upper on person  ( ) Yes  (✓) No

7) Physical Aids: ( ) None  (✗) Glasses  ( ) Contacts  ( ) Hearing Aid  (✗) Dentures  ( ) Cane  ( ) Crutches
   ( ) Walker  ( ) Wheelchair  ( ) Braces  ( ) Artificial Limb  ( ) Other  NOT on person

8) Additional comments, complaints, symptoms:  None ☐

S)

0)    Fever  Y  N✓        Swollen Glands  Y  N✓      Signs of Infection  Y  N✓        Skin Intact  Y✓  N

A)                                                                        HX Eczema
                                                                         since age
P)                                                                            12

If known Diabetic * Call M.D. for order _____.  Initial Insulin given: _____.

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

Nelson Palmer          6/21/05          R. Franklin RN          6/21/05
Inmate's Signature/Date                 Health Provider Signature/Date

60412-AL

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama 36130-3017

# TB
## Skin Test Report

**County Code** 12  **Target Testing** Y  **PROJECT** 0407  **CHR#** 173247

**Last Name** PALMER

**First Name** NELSON  **MI**

**Patient Home Address** BULLOCK

**City** UNION SPRINGS

**State** AL  **Zip Code**  **Home Phone** -

**SSN:** - -   **SEX:** ◉ M  ○ F

**Date of Birth:** ███ - ███ - ███

**Race:** W B⦿ AI A AN H/PI O  **ETHNICITY:** Hispanic or Latino: ○ YES ⦿ NO

**Test Administered By:** ◉ TB Staff  ○ PH Nurse  ○ Other
**Site Test:** ○ Health Department  ⦿ Other

**Reason Tested:**
○ Health Care Worker  ○ Foreign Born
○ Medical Risk  ○ Homeless
○ Shelter  ⦿ Jail/Prison
○ Student  ○ Not at Risk
○ Occupational

**Contact to Case/Suspect:** ○ YES  ○ NO

**Risk Categories:** ○ A  ⦿ B  ○ C

**PPD ONE:**
Provider#: [ ][ ][ ][ ]  Lot#: [ ][ ][ ][ ][ ][ ]
Date of Test 05-11-2004  Antigen ○ AP ○ TU
Provider#: [ ][ ][ ][ ]
Date Read 05-14-2004  Result 00 mm ○ Not Read

**PPD TWO:**
Provider#: [ ][ ][ ][ ]  Lot#: [ ][ ][ ][ ][ ]
Date of Test 07-27-2004  Antigen ○ AP ○ TU
Provider#: [ ][ ][ ][ ]
Date Read 07-30-2004  Result 00 mm ○ Not Read

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB - 26/REV-12-2002

4739494381

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 4/1/06     TIME: 1100     Today vs Before

Target Symptoms     Behavioral Rating Scale   0=No problem  5= worst

Medications: Cogentin 2mg BID     Prolixin 10 CC
PRN SE 2.5-3 hrs     Buspar 50 BID

Compliance: Inmate report __% @ MAR __%

In addition to the information in the tables above and below, then inmate-patient:

S: "I'm doing fine"

Side effects: — 0 —

O: Current regimen adequate to control psychotic symptoms

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | √ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:     Labs Ordered: _____     Labs Reviewed: _____     AIMS:? _____

ASSESSMENT/Diagnosis (DSM-IV)  Schizophrenia

PLAN:  Continue current regimen

Return to clinic: _____     Print Last Name: _____     Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| PALMER, Nelson | 173247 | 37 | Bm | MH3 | BCC |

Disposition: Medical File     J SCOTT ANDREWS MD

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTION
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 3/7/06 | TIME: | | Today vs Before |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | |
| | A H | | 0/0 |
| | param— | | d/d |
| | suicidal ideation | | d/d |
| | | | |

| Medications: Cogent 2, HS, Pro Dec 25, i 3 wks, Prolixin 10, HS | Informed Consent |
|---|---|
| | fungal 50, BID | |
| Compliance:   Inmate report  100 % vs MAR        % | yes |

In addition to the information in the tables above and below, then inmate-patient:

S  "I'm fine" — den SIH thoughts — den S/V hallu—
   nr param—

Side effects: ∅

O  Adrts— Sur Nper —mood stable — Thght proces
   clear — ∅ enuir psychosis — ∅ SI/SID w CPS— toleratg
   med well— stable at present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS? |
|---|---|---|---|

*ASSESSMENT*/Diagnosis (DSM-IV)
   Schizophrenia

*PLAN*:
   cont present tx
   Dr Soda to see next

| Return to clinic: 30 d | Print Last Name: Wht— | Sign: |

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Coleman Nelson | 175247 | 37 | bm | S68 | BCCF |

Disposition: Medical File

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 1/3/06 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| | | AH | 0/0 |
| | | paranoia | 0/0 |
| | | Suicidal idt | 0/0 |
| | | | |
| | | | |

| Medications: Cogentin 2mg HS ; P.D. 25mg T Buis  Benadryl 50 | Informed Consent |
|---|---|
| Compliance:  Inmate report  100  % vs MAR  %  Prolixin 1D 115  30 BID  yes | |

In addition to the information in the tables above and below, then inmate-patient:

S  "el'm doing good" — die S/H thinking — die AH

    hallu. no paranoia —

Side effects: ∅

O  A&O X3 — dull affect — mood stable — calm

+ cooperative — tolerating meds well — stable

at present

| Selected Issues | NO: | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS.? (N) |
|---|---|---|---|

### ASSESSMENT/Diagnosis (DSM-IV)

Schizophrenia

### PLAN:

cont present tx

| Return to clinic: 30 d | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Palmer, Welson | 173247 | 37 | Bm | Sna | BJCC |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 12/5/05    TIME: 0900

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| | BRI /H | ∅ |
| | | |
| | | |

Medications: PROD 0E 25 g JWHS, PROLIXIA 10 BID
BGMDARYL 50 B<D

Compliance:    Inmate report  100 % vs MAR _____%

Informed Consent: yes

In addition to the information in the tables above and below, then inmate-patient:

**S** I was hearing voices, but I don't hear them anymore

Side effects:

**O** Dull, calm, only answer direct questions not oriented to time

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info: _____  Labs Ordered: _____  Labs Reviewed: _____  AIMS:? _____

**ASSESSMENT/Diagnosis (DSM-IV)**  Schizophrenia — Jackson Hospital

**PLAN:**  Continue present medications

J. SCOTT ANDREWS MD

Return to clinic: 2 mo    Print Last Name: _____    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Palmer, Nberta | 173247 | 37 | B | SMI | BCCF |

Disposition: Medical File

MHM Correctional Services
Dr. Bill Sanders

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 15/5/05 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| | A H | | 0/0 |
| | parison | | 0/0 |
| | suicidal ideation | | 0/0 |

| Medications: Pro Dec, Prolixin po, Benadryl, Cogentin | Informed Consent |
|---|---|
| Compliance:    Inmate report 100 % vs MAR          % | po |

In addition to the information in the tables above and below, then inmate-patient:

**S** " The slobbering stopped " – den SH thinking —
den DVH allui. or paranoia

Side effects: (0)

**0** DTox3 – full Neuro – mood stable – calm
cooperative – (denies) – (0) SLS NO EPS –
tolerating meds well – stable at present

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | THE POTENTIAL BENEFITS |
| Self-Injurious Thoughts | ✓ | | EFFECTS OF Pro Dec |
| Suicidal intent | ✓ | | THE DOSAGE RANGE OF |
| Aggressive | ✓ | | 12-5- 75 HAVE |
| Seriously Impulsive | ✓ | | DISCUSSED WITH THE INMATE |
| Situational Upset | ✓ | | AND THE INMATE HAVE AGREED TO ACCEPT THE MEDICATION. |

THE POTENTIAL BENEFITS AND SIDE
EFFECTS OF Cogentin WITHIN
THE DOSAGE RANGE OF
0.5 mg HAVE BEEN
DISCUSSED WITH THE INMATE
AND THE INMATE HAVE AGREED
TO ACCEPT THE MEDICATION.

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)

schizophrenia

THE POTENTIAL BENEFITS AND SIDE
EFFECTS OF Benadryl WITHIN
THE DOSAGE RANGE OF
12-5- 15mg HAVE BEEN
DISCUSSED WITH THE INMATE
AND THE INMATE HAVE AGREED
TO ACCEPT THE MEDICATION.

**PLAN:**  cont present tx

| Return to clinic: 6 wks | Print Last Name: Whatley | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Nelson, Palmer | 173247 | 37 | Bm | SME | bcf |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 9/9/05 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
| | A H | | 0/0 |
| | paraon | | 0/0 |
| | Hooded whit | | 0/0 |
| | | | |

| Medications: PN Dec, Prolix p.o., Benadryl | Informed Consent |
|---|---|
| Compliance:    Inmate report /10 % vs MAR        % | yes |

In addition to the information in the tables above and below, then inmate-patient:

**S** "el sloller alot" - di SIH fleiting -
deni SI/Halluc ngani

Side effects: hypersaliva____

**O** med line noted - A+x3 - fler fleer - cal
+ ingant - Qerislere mgchris - Q SI/O TD

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)
Schizophrenia

**PLAN:**
Cogent 1mg HS
cnt other meds
he agrees to attend M A grp

| Return to clinic: 1 week | Print Last Name: Whatly | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) Nelson, Palmer | AIS # 173247 | Age 37 | R/S BM | Code SMI | Institution BCF |
|---|---|---|---|---|---|
| Disposition: Medical File | | | | | |

Robert G. Whatley, CRNP

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 9/6/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
| Schizo-. | | |
| | | |
| | | |
| | | |

| Medications: Pro Dec, Prolixin 10, Benadryl 50 | Informed Consent |
|---|---|
| Compliance:  Inmate report  100 % vs MAR 100 % | |

In addition to the information in the tables above and below, then inmate-patient:

**S**  & n~

Side effects:  0

**O**  Pt is calm, mildly flat & inappropriate.
no paranoia.  no insight

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | ? | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)
Stable

**PLAN:** Cont pt + N.

Return to clinic:____  Print Last Name: SANDERS  Sign: ____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Nelson, Patrick | 173747 | 37 | B | SMI | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
Form MH-025  March 2, 2005

MHM Correctional Services
Dr. Bill Sanders

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 8/3/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
| | _Seizures_ | 0 |
| | | |
| | | |
| Medications: _Pho Dec 25 3 hs, Prolix 10 D. Bendy 50/40_ | | Informed Consent |
| Compliance:   Inmate report ___ % vs MAR ___ % | | _yes_ |

In addition to the information in the tables above and below, then inmate-patient:

**S** _for ph_

Side effects: _0_

**O**   _Pt is calm but very flat. No flt of affect sx_
        _No paranoi - lacks insight_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | ✓ |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)   _Schizophr._

**P**LAN:   _cts pt po_

| Return to clinic: | Print Last Name: _Smith_ | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| _Nelson, Darren_ | _173243_ | _37_ | _B_ | _SMI_ | _BCCF_ |

Disposition: Medical File

MHM Correctional Services
Dr. Bill Sanders

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 7/8/05 | | TIME: | | |
|---|---|---|---|---|
| Target Symptoms | | Behavioral Rating Scale   0=No problem   5= worst | | Today vs Before |
| Seloplu | | | | |
| | | | | |
| | | | | |
| | | | | |
| Medications: Prstivi, Benzlys ? | | | | Informed Consent |
| Compliance:    Inmate report  2  % vs MAR  ?  % | | | | ✓ |

In addition to the information in the tables above and below, then inmate-patient:

**S**  Pt is a Chunic Seloplu - poorl STAB vital an

Side effects: MCP Stiffur

**O**  Pt Has no ovrt Tgot divid on pucmom But
lacks INSIGHT

The potential benefits
effects of _____
within the dosage r

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | The potential benefits and side |
| Serious Depression | ✓ | | effects of _Prstivi_ |
| Self-Injurious Thoughts | | | within the dosage range of |
| Suicidal intent | | | _____ |
| Aggressive | | | have been discussed with the |
| Seriously Impulsive | | | inmate and the inmate has agreed |
| Situational Upset | | | to accept the medication. |

The potential benefits
effects of _____
within the dosage r
have been discussed
inmate and the inmate
to accept the medi

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)

Prstivi - Schizophrenis

**P**LAN:  ↑ ← Do.

| Return to clinic: | Print Last Name: Sander | Sign: |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Nelson, Rayney | 173247 | 37 | B | SW2 | Kcc |

Disposition: Medical File

MHM Correctional Services
Dr. Bill Sanders

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Palmer Nelson IP_

AIS #: _173247_          LOCATION: _BCCF_

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Benadryl | 50 mg | 1x | |

PROBLEM REPORTED:

Side effects:_____  Medication-Related Problem:_____  Non-Compliance: _✓_

Explanation:

_Inmate states "I did not know I get medication in the morning."_

Reported by:_____          Date: _8-26-05_

MENTAL HEALTH NURSE FOLLOW-UP:

_Inmate made aware that he gets medication at 11 AM & 5 PM states that he will be coming up to the pill cart for medication._

Follow-Up by: _G. Thomas LPN_      Date: _8-26-05_

PSYCHIATRIC REVIEW/PLAN:

Follow-Up by:                                    Date:

| Inmate Name | | AIS # | |
|---|---|---|---|
| _Palmer Nelson_ | | _173247_ | |

DOC Form #458-01

AR 458 – August 30, 2001

# Monthly Activities

Date: February 28, 2006

Inmate Name: *Palmer, Nelson*     AIS # *173247*

Was offered the following recreational and therapeutic activates during the month of: **February**

| | | |
|---|---|---|
| **Current Events** | **Self Discovery** | **Beginning Reading** |
| **Creative Writing** | **Reading Skills I** | **Coping Skills** |
| **Music Therapy** | **Reading Skills II** | **Depression** |
| **Schizophrenia** | **ADL** | **Social Activities** |
| **Med Education** | **Therapeutic Art** | **Primary Social Skills** |
| **Western** | **Communication Skills** | **Anger Management** |
| **Gospel** | **Movies** | **Life Management** |
| **Parenting** | **Sleep** | **Bipolar** |
| **Goal Settings** | **Anger Management/Stress** | **Mental Illness/Drug Treatment** |
| **Games** | **Bingo** | **Self Concept** |
| **Sleep Hygiene** | **Puzzles** | **Daily Hygiene** |
| **Open Recreation** | | |

His level of participation was generally (**active**) (**marginal**) (**reluctant**) (**resistant**) (**refused**) to participate in previously mentioned group(s). This is (**consistent**) (**inconsistent**) with his use of recreational services to date. Affect was generally (**angry**) (**hostile**) (**animated**) (**blunt**) (**euthymic**) (**flat**) (**inappropriate**) (**neutral**) (**sad**). Mood appeared (**angry**) (**sad**) (**neutral**) (**euthymic**) (**depressed**) (**surly**) (**belligerent**) (**indifferent**). Hygiene was (**good**) (**WNL**) (**poor**). Inmate was generally (**on time**) (**late**). General appearance was (**neat**) (**WNL**) (**disheveled**) (**shabby**). Speech was generally (**clear**) (**mumbling**) (**slurred**) (**unintelligible**). Interpersonal interactions were generally (**relevant**) (**irrelevant**) (**insightful**) (**superficial**) (**confrontational**) (**indifferent**) (**no interaction**).

Comments: _____

_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (will be/has been) communicated to his treatment team.

Signature _____     Signature _____

Signature _____     Signature _____

Signature _____

## INTERDISCIPLINARY PROGRESS NOTES

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 4-20-06 | 0730 | S- I'm doing OK. Inmate denies any problems O- Inmate alert calm slow delayed verbal responses. Noted involuntary muscle movement c̄ hands. Looks unkept. A: Appears stable wt 211 lbs P: Prolixin Dec 25 mg IM Right deltoid s̄ P/E noted @ site bandaid applied. Next injection 5-11-06 O'Steen R | |
| 04/20/06 | | S: Bi-weekly Contact - " It's fine ... " O: 37 yr old b/m, alert, calm, co-operative, rational, coherent, O x 4 — Pt. noted to have ø evidence of psychosis, ø depressed mood, ø suicidal, Speech — normal, behavior — appropriate — Overall Pt. noted to be responding positively to current tx, however continues to be resistant to Group therapy! A: Clinically Stable P: ① Review in 2 wks ② Continue to encourage on need for Group therapy | Carolyn Mbuso MS, MHP |
| 4/21/06 | 1730 | S: "I'm Okay" O: Alert & Oriented, neg ø noted disorder, No s/s E ps̄, Behavior is Appropriate, no hallucinations felt depression heard. Has good eye contact, affect blunted. A: Stable P: Continue to observe. | B. Shorry RN |

| Inmates' Name (Last, First, Middle) | AIS Number | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer Nelson | 173247 | 37 | B/m | Bullock |

H-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/09/06 | 0730 | S- 0 complaints | |
| | | 0- Inmate pleasant. 0 S/S of EPS | |
| | | A- Stable/wt None | |
| | | P- Prolixin Dec. 25mg given IM, | |
| | | Next inj in 3 wks-3/30/06 | B Leath |
| 03/24/06 | | S: Bi-weekly Contact - "Doing fine..." | |
| | | O: 37 yr old b/m, alert, calm, Co-operative, | |
| | | rational, Coherent, Ox4 - Pt. has Ø | |
| | | evidence of psychosis, Ø depressed | |
| | | mood - full affect, speech - normal, | |
| | | behavior - ~~with~~ appropriate, Ø suicidal | |
| | | Overall Pt. responding well to current tx- | |
| | | however continues to be resistant | |
| | | to Group therapy ! | |
| | | A: Clinically Stable! | |
| | | P: ① Review in 2 wks | |
| | | ② Encourage on Groups | |
| | | | Carolyn Mburu N.S,Mh |
| 3/30/08 | 0800 | S- No complaints | |
| | | O- No S/S of E.P.S. noted | |
| | | A- Stable Ø     Wt. - 211 lbs. | |
| | | P- Prolixin Dec- 25mg IM given | |
| | | in Rt. Deltoid. Next inj 4/30/06 | A Thomas RN |
| 4/5/06 | 1900 | S- "I am alright" | |
| | | O- Inmate is alert & responsive. | |
| | | No noted distress. Calm & | |
| | | cooperative. No noted signs of Eps or | |
| | | hallucination. | |
| | | A- Stable. | |
| | | P- Continue to Monitor & Chart. | |
| | | per protocol. | E. Smith ~ |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer, Nelson | 173247 | 37 | B/M | Bullock |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 1-26-05 | 0800 | S "I'm Okay" | |
| | | O Calm alert oriented speech slow but | |
| | | coherent Wt 209 No S/S EPS | |
| | | A AMS | |
| | | P Prolixin Dec 25% given Next | |
| | | inj due on 2-16-06 - V Rippins Ws | |
| 1/27/06 | S: | Bi - weekly Contact - "H's fine ..." | |
| | O: | 37 yr old b/m, alert, Calm, Co-operative, rational | |
| | | Coherent, O x 4 - Pt. has ∅ depressed | |
| | | mood - full affect, ∅ evidence of | |
| | | psychosis, ∅ Suicidal — Overall Pt | |
| | | responding well to Current tx — Howeve | |
| | | very resistant to Group therapy ! | |
| | A: | Clinically Stable | |
| | P: | ① Encourage on need for Group therapy | |
| | | ② Review in 2 wks | |
| | | | Carolyn Mburn M.S, MH |
| 2-16-06 | 0 860 | S I'm fine | |
| | | O I'm having denver problems | |
| | | no S/S EPS alert oriented x 3 | |
| | | Wt 211 Prolixin Dec 25% 1 hr given | |
| | | A Stable | |
| | | P Next inj due 3-9-06 | |
| 2/17/06 | S: | Bi - weekly Contact - "H's fine ..." | |
| | O: | 37 yr old b/m, alert, Calm, Co-operative, rationa | |
| | | Coherent, O x 4 — Pt. has ∅ evidence of Psycho | |
| | | ∅ depressed mood — full affect, ∅ Suicidal — | |
| | | Continues to be very resistant to Group ther | |
| | A: | Clinically Stable | |
| | P: | Review in 2 wks | |
| | | | Carolyn Mburn M.S, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer Nelson | 173247 | 37 | B/M | Bullock |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-01-05 | 1900 | S- "I am alright" O- Inmate is alert & responsive, no noted distress. Denies pain or discomfort no sign of E.P.S or hallucination. A- Stable P- Continue to monitor. | L. Smith, Jr |
| 12-15-05 | 0930 | S- "I'm Okay" O- alert & oriented ×3. No signs or symptoms of EPS noted @ this time. A-Stable - weight 205 lbs. P- Prolixin Dec. 25mg given IM, next injection 8/05/06 | S. Anderson LP |
| 12/23/05 | 2135 | S: "I'm alright", Inmate stated. O: 37 yr old b/m ē rational, coherent speech, appropriate behavior. Ø a/v hallucinations or paranoia noted or voiced. A: Appears stable and compliant ē medication regime. P: Will cont ē current plan | Blueman |
| 1/05/06 | 0730 | S- Ø complaints O- Inmate relaxed et s̄ s/s of EPS A- Stable/wt 208 lbs P- Prolixin Dec. 25mg given IM, Next inj in 3 wks - 1/26/06 | B.Bennett |
| 1/5/06 | | S: Bi-weekly Contact - " It's fine ... " D: 37 yr old b/m, alert, Calm, Co-operative, rational & relevant, OX4 — Pt. has Ø depressed Mood full affect, Ø evidence of psychosis, Ø suicidal Pt. responding well to Current tx! A: Clinically Stable P: Review in 2 wks | Carolyn Mann M.S, MH |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Nelson, Palmer | 173247 | 37 | B/M | Bect |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11-03-05 | 0740 | S - Ø complaints<br>O - JS calm + cooperative.<br>No distress noted. Denied<br>any EPS @ present.<br>A - stable c̄ wt @ that 105 lb.<br>P - Prolixin Dec 25mg im given.<br>Next shot q3wks. 11/24/05 | L___ |
| 11/7/05 | | No show for appt! | Carolyn Mum M.S, MHP |
| 11-23-05 | 0800 | S - "I'm doing alright."<br>O - No S/S of E.P.S.<br>A - Stable        Wt. 204 lbs<br>P - Prolixin Dec. 25 mg IM given<br>Rt. Deltoid. Next inj 12-15-05 —— | A. Thomas RN |
| 11/23/05 | | S: Bi-weekly Contact — "Doing fine ..."<br>O: 37 yr old b/m, alert, calm, co-operative,<br>rational, coherent, OX4 — Pt. noted<br>to have Ø thoughts of paranoia, Ø<br>auditory hallucinations, Ø depressed mood-<br>full affect — Pt. resistant on Groups!<br>A: Clinically stable + well<br>P: ① Continue to encourage on Groups<br>② Review in 2wks | Carolyn Mum M.S, MHP |
| 11/29/05 | | Tx Plan reviewed + signed by Pt! | Carolyn Mum M.S, MH |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Nelson, Palmer | 173247 | 37 | b/m | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/12/05 | 0730 | S- I'm doing OK no c/o voiced. O- Inmate alert calm 3 0/5 EPS or dystonia noted @ this time. A- Stable Wt. 199 lbs P- Prolixin Dec 25mg IM Rt deltoid S R/E noted @ site bandaid applied next injection 11-03-05 | Esther L |
| 10/14/05 | | No show for appt! | Carolyn Mkuum M·S, MH |
| 10/18/05 | | No show for appt! | Carolyn Mkuum M·S, MH |
| 10/20/05 | | S: Bi-weekly Contact — "My back been bothering O: 37 yr old b/m, alert, Calm, Co-operative rational, Coherent, 0x4 A: Pt. noted to have ↓ depressed mood, ↓ thoughts of paranoia, ↓ auditory hallucinations Overall Pt. noted to be responding well on Current tx P: ① Review in 2wks. ② Refer to Dr. Sadiq (P.H.S) | Carolyn Mkuum M·S, M |
| 10/20/05 | | Tx plan reviewed + Signed by Pt | Carolyn Mkuum M·S, MHP |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| Palmer, Nelson | 173247 | 37 | b/m | Bul 465 |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/1/05 | 1535 | S - No Complaint<br>O - No noted signs or symptoms<br>of EPS.<br>A - Stable - Weight 195.<br>P - Prolixin Dec. 25mg given IM<br>in ® Deltoid. Next inj is due<br>9/15/05. | E. Smith |
| 9/8/05 | 1719 | S: "I'm doing" Inmate states<br>O: 37 yr old b/m c rational,<br>coherent verbal, A+O x 3 c calm<br>demeanor appropriate behavior<br>noted Ø S/S of depression, hallucinations<br>or paranoia noted A'ppears)<br>Stable @ present time and compliant<br>c medication regime, P. Will cont.<br>c current tx plan — | [signature] |
| 09/09/05 | S: | Bi-weekly Contact — "Doing ok..."<br>O: 37 yr old b/m, alert, calm, co-operative, rational<br>coherent, 0 x 4<br>A: Pt. noted to have Ø thoughts of paranoia, Ø<br>auditory hallucinations, Ø depressed mood<br>Overall Pt. noted to be clinically stable +<br>well<br>P: Review in 2wks | Carolyn Mburu M.S,M |
| 09/13/05 | | Tx plan reviewed + Signed by Pt! | Carolyn Mburu M.S,M |
| 9/22/05 | 0930 | S - "I'm okay"<br>O - Alert & oriented x 3. O signs<br>or symptoms of EPS noted<br>A - Stable - weight 194 lbs. P - Prolixin 10-11-05<br>Dec 25 mg given IM. Next injection 10-18-05. S. Jordan | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer, Nelson | 173247 | 37 | B/m | BOCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7-14-05 | 11:30am | Received at Bullock with Volume I of I. Mental Health Code SMI Meds Core Prolixin tap and Dyphenhydramine | M.S. Dubois MHP |
| 9/18/05 | | Received Bullock MH - Rtu- level 4 - Assigned to AH. McCaru | DC |
| 7/21/05 | 0730 | S- no complaints O- Inmate alert pleasant calm + relaxed c̄ s/s EPS noted A- Stable @ this time Wt. 199 lbs P- Prolixin Dec 25mg IM Rt deltoid c̄ R/E noted @ site bandaid applied next injection 8/11/05 | JStury |
| 08/4/05 | | No show for appointment ( | Carolyn Moren M.S., MHP |
| 08/08/05 | | S: Bi-weekly Contact - "It's fine…" O: 37 yr old b/m, alert, calm, co-operative, rational, coherent, Ox4 A: Pt. noted to have ↓ depressed mood, ↓ auditory hallucinations ∅ suicidal, ↓ thoughts of paranoia, ∅ sleep problems — Overall Pt. noted to be responding well to current tx P: Review in 2 wks | Carolyn Moren M.S., MHP |
| 8-11-05 | 0730 | S-∅ complaints O-Inmate alert relaxed c̄ s/s EPS noted A-Stable Wt 196 lbs P- Prolixin Dec 25mg IM Rt. deltoid c̄ R/E noted @ site. Bandaid applied. next inj. 9-1-05 | JStury |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer Nelson | 173247 | 4/18/08 | BM | BCCF |

F-61

# RECEPTION CHECK LIST

NAME _Palmer, Nelson_ Date _7-13-05_

AIS _173247_

| | | |
|---|---|---|
| 1. Yellow Problem List | (YES) | NO |
| 2. Psychiatric Evaluation | (YES) | NO |
| 3. Blue Notes | (YES) | NO |
| 4. Screening Sheet | (YES) | NO |
| 5. Aims (If Needed) | YES | (NO) |
| 6. MHM Physician's Order Sheet (Psychotropic Medication) | YES | (NO) |
| 7. Date of Screening Sheet | 6/21/05 | |
| 8. Date of Mental Health Referral | 6/21/05 | |
| 9. Mental Health Code | (SMI)   HARM   HIST   NONE | |
| 10. Mental Health Audit Nurse Signature | _Sh__ Vaughn, LPN_ | |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Palmer Nelson_

AIS #: _173247_     LOCATION: _G-114_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|---|---|---|---|
| Prolexin | 10 mg | qhs | |
| Benadryl | 50 mg | qhs | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance:_____
Explanation:
IM missed 8 doses of both meds
"(I went to pill call line and they said I was out of Prolexin.")

Reported by: _K Calzone RN_     Date: _6/30/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**
IM counseled on med compliance. The problem and side effect that concern. IM agreed to take meds

Follow-Up by: _K Calzone RN_     Date: _7/5/05_

**PSYCHIATRIC REVIEW/PLAN:**

OK.

Follow-Up by: _____     Date: _7/5/05_

| Inmate Name | _Palmer Nelson_ | AIS # | _173247_ |
|---|---|---|---|

DOC Form #457-

AR 457 – August 30, 200

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### REFERRAL TO MENTAL HEALTH

Inmate Name: _Palmer, Nelson_ AIS# _173247_ Date of Referral: _6-22-05_

REASON FOR REFERRAL:

☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____
    _____

☐ **EVALUATION OF MENTAL STATUS**
    ☐ Suicidal      ☐ Anxious      ☐ Physical complaints
    ☐ Homicidal      ☐ Depressed      ☐ Sleep disturbance
    ☐ Mutilative      ☐ Withdrawn      ☐ Hallucinations/delusions
    ☐ Hostile, angry      ☐ Poor hygiene      ☐ Suspicious
    ☐ Other inappropriate behavior:_____

☐ **EVALUATION OF NEED FOR PSYCHIATRIC EVALUATION**

☒ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO RECEPTION/TRANSFER**

☐ **OTHER:**_____

COMMENTS:_____

Referred by: _N.D._____  Phone Contact #: _6 81_
    ☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

_Seen_
_By McGinn_
_Dr. McGinn_

Follow-Up by:_____

| Inmate Name | Date: | |
|---|---|---|
| | | AIS # |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION FORM
#### Page 1 of 2

DOB ████████

**Referred by:**
☐ Admission to Institution    ☐ Mental Health Staff    ☐ Medical Staff    ☐ Other_____

**Reason for Referral (Presenting Problem):**

Long hx Schizophrenia results in Seroquel 400 y
Took Prolixin in the past

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

37 y/o SAAO → seen by me @ Reception ≈ 2 yrs ago & spent ~ 2 yrs
@ Bullock for cocaine-reletd SAP as well as Schizophrenia
@ Bullock. This man Took prolixin as main antipsychotic @ Bullock. Has
"both pills & shots" for chronic Auditory hallucinations & mild-moderate
paranoia. Has chronically Flat affect and a chronic facial eczema that gives him a peculiar
appearance; however, he generally functions well in pop/dorm.

Outpt YP @ Montgomery MH Clinic Prattville Satellite

**Pertinent Medical History (allergies):**

Gets disability for Schizophrenia

**Substance Abuse History:**

1 hr Cocaine history 2000
SAP @ Bullock

**Pertinent Personal/Family History (inmate's sentence):**

No Job (on disability) lives c mother in Autauga Co    Has 2 children
uncle also supportive

**Institutional Adjustment (current placement):** 3rd Incentive    Sentence = 10 yrs
VOP for prior possess c.s.    Not to bad"

**Inmate Name:** Palmer Nelson

**AIS #** 173247

ALDOC Form 455-01

AR 455 – February 27, 2002

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/2/05 | 16:30 | Psychiatry | |

SMI for chronic schizophrenia

The potential benefits and side effects of _Prolixin_ within the dosage range of _5 - 40_ _q.d._ have been discussed with the inmate and the inmate has agreed to accept the medication.

The potential benefits and side effects of _Prolixin D_ within the dosage range of _12.5 - 100_, _IM 2-4w_ have been discussed with the inmate and the inmate has agreed to accept the medication.

_Inmate requested resuming Prolixin shots_

The potential benefits and side effects of _Benadryl_ within the dosage range of _25 - 150_ _q.d._ have been discussed with the inmate and the inmate has agreed to accept the medication.

Prolixin Dec 25, IM q 3wks }
Prolixin tabs 10, hs }  x 90 N
Benadryl 50, hs }

See Pt. eval.

MHM Correctional Services
Dr. Joseph McGinn

| 9-1-05 | | Dec S shot not given inmate out to court per officer Lawson t Stevy L | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Palmer, Nelson | 173247 | | | Kilby |

F-61

*Dove*

*PCC*

## Monthly Activities

Date: 7-19-04

IM Name: Nelson Palmer AIS#: 173247

Was offered the following recreational activities during the month of:

Open Recreation, Mental Stimulation, Bingo,Western, Games, ADL,

Reality Orientation, Music Therapy, Movies, S.A.S. Group, Grief,

Depression, Reading, Current Events, Social Skills, Gospel/80's

Primary Social Skills, Effective Communication, Anger Management,

Creative Writing, Understanding Your Treatment Plan.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

Ms. Arn

Signature



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/20/06

**To:** DOC

**From:** Infirmary

**Inmate Name:** Nelson Palmer    **ID#:** 173247

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Hydrocortisone Creame KOP X
20 day

**Date:** 1/20/06   **MD Signature:** Dr. Siddiq / Robinson, HSA   **Time:** 1700

60418

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

**INVOLUNTARY MOVEMENT RATING**
Rate highest severity observed. Rate movements
that occur upon activation one less than those
observed spontaneously.

**CODE**
0-Normal, no involuntary movement
1-Minimal, flee tingly present
2-Mild, occurs more than four times
3-Moderate, persistent
4-Severe, very pronounced and continuous

| | | |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS** | **MUSCLES OF FACIAL EXPRESSION:** Movement of forehead, eyebrows, periorbital area, cheeks: includes frowning, blinking, | 0 1 2 3 4 |
| | **LIPS AND PERIORAL AREA:** Puckering, pouting, smacking | 0 1 2 3 4 |
| | **JAW:** Biting, clenching, chewing, mouth opening, lateral movement | 0 1 2 3 4 |
| | **TONGUE:** Rate only increase in movement both in and out of mouth, NOT inability to sustain movement | 0 1 2 3 4 |
| **EXTREMITY MOVEMENTS** | **Upper(arms, wrists, hands, fingers):** include choreic movements(rapid, objectively purposeless, irregular, spontaneous, DO NOT INCLUDE tremors(repetitive, regular, rhythmic) | 0 1 2 3 4 |
| | **LOWER(legs, knees, ankles, toes):** lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0 1 2 3 4 |
| **TRUNK MOVEMENTS** | **NECK, SHOULDER, HIPS:** Rocking, twisting, squirming, pelvic gyrations | 0 1 2 3 4 |
| **GLOBAL JUDGEMENTS** | **SEVERITY OF ABNORMAL MOVEMENTS** | 0 1 2 3 4 |
| | **INCAPACITATION DUE TO ABNORMAL MOVEMENTS** | 0 1 2 3 4 |
| | **PATIENTS AWARENESS OF ABNORMAL MOVEMENTS:** **Rate only patient's report** 0-No awareness    1-Aware, no distress    2-Aware, mild distress 3-Aware, moderate distress    4-Aware, severe distress | 0 1 2 3 4 |
| **DENTAL STATUS** | **CURRENT PROBLEMS WITH TEETH AND/OR DENTURES?** | 0 1 2 3 4 |
| | **DOES PATIENT USUALLY WEAR DENTURES?** | 0 1 2 3 4 |

Assessed by: _____    Date: 1/3/06

Reviewed by: _____    Date: _____

| Inmate Name | Palmer, Nelson | AIS # | 173247 |
|---|---|---|---|

Robert G. Whatley, CRNP

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** Bullock Co Correctional

Palmer Nelson

**Inmate Name**

173247

**AIS Number**

x Nelson Palmer

**Inmate Signature**

11/22/2005

**Date**

**Dose Given** 0.5 cc HepB vac

**Site Given** ① Deltoid

**Administered by** Yolanda Mosley LPN

**Lot Number and Expiration Date** AHBVB004 BA
01/20/06

11/16/2005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11/16/05_

**To:** _Doc_

**From:** _Medical (S. Roberts RN)_

**Inmate Name:** _Nelson Palmer_     **ID#:** _173247_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_____ 1) Hydrocortison Cream x 20 days (Kop)
       For Rash 11/16/20 - 12/5/05_ _____

_____

_____

_____

**Date:** _11/16/05_  **MD Signature:** _Dr. Siddiq / D. Robinson RN/HSA_ **Time:** _2015_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/14/05

**To:** DOC

**From:** HCU - K Smith LPN

**Inmate Name:** Palmer, Nelson          **ID#:** 173347

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**
Triamcinolone cream x 20 day. 11/14/05 → 12/04/05

**Date:** 11/14/05   **MD Signature:** T. Siddiq /off/eurom#8A   **Time:** 0900

60418

ALABAMA DEPARTMENT OF CORRECTIONS

RECEIVING SCREENING FORM

Inmate's Name: _Palmer Nelson_ B/173247   Date: _7/14/05_ Time: _8:30 A_

DOB: ▓▓▓▓▓▓   Officer _D. Casey 001_   Institution: _BCCF_

Booking Officer's Visual Opinion

|  |  | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ |  |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? |  | ✓ |
| 5. | Is the skin in poor condition of show signs of vermin or rashes? |  | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. | Is the inmate making any verbal treats to staff or other inmates? |  | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? |  | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? |  | ✓ |

If the answer is YES to any questions from 2-10 above, specify WHY in section below.

|  |  | YES | NO |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ |  |
| 12. | Are you on any special diet prescribed by a physician? (If YES, what type?) |  | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? |  | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor any illness? | ✓ |  |
| 15. | Have you ever attempted suicide? | ✓ |  |

(If YES, When? _2002_   How? _Over Dose_

|  |  | YES | NO |
|---|---|---|---|
| 16. | Do you want to do any harm to yourself now? |  | ✓ |

|   |   | YES | NO | NO RESPONSE |
|---|---|---|---|---|
| 17. | Do you want to talk to a mental health counselor? | ✓ | | |
| 18. | Are you allergic to any medication? | | ✓ | |
| 19. | Have you recently fainted or had a head injury? *1955* | ✓ | | |
| 20. | Do you have epilepsy? | | ✓ | |
| 21. | Do you have a history of tuberculosis? | | ✓ | |
| 22. | Do you have diabetes? | | ✓ | |
| 23. | Do you have hepatitis? | | ✓ | |
| 24. | Do you have a painful dental problem? | | ✓ | |
| 25. | Do you have any medical problems we should know about? | ✓ | | |
| 26. | Do you have a past alcohol or drug history? | ✓ | | |

What type? _Drugs_                How much used? _Every Day_

For how long? _8 years_           Last time used? _2002_

Comments: (Unusual behavior, etc.)

_____

_____

_____

For the Officer:

27. Was the new inmate briefed on sick/dental call procedures?    _Yes_

28. This inmate was:   a. Released for normal processing    _Yes_

b. Referred to appropriate health care unit    _No_

c. Immediately sent to health care unit    _No_

_D. Canycol_
Officer's Signature

NOTE:  This form is completed on inter and intra system transfers at receiving and will be filed in the inmates' medical jacket to comply with ACA Standards 2-4289, 2-4290 and AMA Standard 140.

_Nelson Palmer_
Inmate's Signature



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 6/22/05

To: ADOC

From: Physicals

Inmate Name: Palmer, Nelson    ID#: 173247

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Selsun Shampoo use once daily as directed
x 90d (stop 9/22/05). ② Hydrocortisone 0.5% use
twice daily when needed x 30d (stop 7/22/05

Date: 6/22/05   MD Signature: Adams CRNP/LPO   Time: 1540

60418

Mental Health P&P # 40
Page 7 of 11

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
## ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed.  Rate movements
That occur upon activation one less than those
observed spontaneously

CODE
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | |
|---|---|---|
| **FACIAL AND ORAL MOVEMENTS** | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | (0) 1 2 3 4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | (0) 1 2 3 4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | (0) 1 2 3 4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | (0) 1 2 3 4 |
| **EXTREMITY MOVEMENTS** | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | (0) 1 2 3 4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | (0) 1 2 3 4 |
| **TRUNK MOVEMENTS** | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | (0) 1 2 3 4 |
| **GLOBAL JUDGEMENTS** | SEVERITY OF ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | (0) 1 2 3 4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br><br>0 – No awareness    3 – Aware, moderate distress<br>1 – Aware, no distress    4 – Aware, severe distress<br>2 – Aware, mild distress | (0) 1 2 3 4 |
| **DENTAL STATUS** | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | (NO) YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | (NO) YES |

MHM Correctional Services

Assessed by: Dr. Joseph McGinn    Date: 6/21/05
Reviewed by:    Date:

| Inmate Name Palmer, Nelson | AIS # 173247 |
|---|---|

# RECEIVING SCREENING FORM

INMATE'S NAME: _Palmer, Nelson_          DATE: _6/2/65_   TIME: _10:00 Am_

DOB: ▓▓▓▓▓▓          OFFICER: _Darnell Moore_          INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | X |
| Is the skin in poor condition or show signs of vermin or rashes? | | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | X |
| Is the inmate making any verbal threats to staff or other inmates? | | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | X |
| Does the inmate have any obvious physical handicaps? | | X |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___X___ a.  Released for normal processing

_____ b.  Referred to health care unit

_____ c.  Immediately sent to the health care unit

_Darnell Moore_
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last      Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: PALMER, Nelson | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /   17324 | Prodezim Img 3 cths |
| ALLERGIES: | Cognizin Zmg #1 po |
| | Prouxnlow #1 po |
| | Bimaomyso B x D po |
| Use Third    Date  4/5/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Palmer, Nelson | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   / | Advil 800 po Bd x100 |
| ALLERGIES: 1/23/08 | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Palmer, Nelson | DIAGNOSIS |
|---|---|
| D.O.B.   /   17247  1/24/06 | HydroCortisone Cream KOP |
| ALLERGIES: | x 20 days for rash |
| Use First    Date 1/201/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**



**MHM Correctional Services, Inc.**

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Palmer, Nelson 173247 | DIAGNOSIS (If Chg'd) Cogentin 2mg HS<br>Pro Dec 25mg IM 3 weeks<br>Prolix 10mg HS<br>Benadryl 50mg BID |
| D.O.B.: | |
| ALLERGIES: NKA | |

Noted 11/02/00
01/03/06

Use Last    Date: 1/3/06

Robert G. Whatley CRNP
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

| | |
|---|---|
| NAME: 173247 Palmer Nelson | DIAGNOSIS (If Chg'd) Cogentin 2mg po HS x 30 days |
| D.O.B.: / / | |
| ALLERGIES: | |

e Fourth    Date: 12/5/05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

| | |
|---|---|
| ME: Palmer Nelson 173247 | DIAGNOSIS (If Chg'd) Adult sro 6/6d x100<br>Trulerex 100 |
| B.: | |
| ERGIES: 11/14/0 | |

rd    Date: / /
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

| | |
|---|---|
| / | DIAGNOSIS (If Chg'd) Adult 600/6d x100 |
| GIES: 10/10/05 | |

nd    Date: / /
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

| | |
|---|---|
| Palmer, Nelson 173247 | DIAGNOSIS Prolixin Dec 25mg IM 3weeks<br>Prolixin 10mg /d<br>Benadryl 50mg BID |
| : | |
| RGIES: NKA | |

Date: 10/5/05

Robert G. Whatley, CRNP
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

3GS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Palmer Nelson
173247

D.O.B.
ALLERGIES: NKDA

Use Last    Date 9 27 05

DIAGNOSIS (If Chg'd) Neck Lump

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Palmer, Nelson
173247

D.O.B.
ALLERGIES: NKDA

Noted
9-9
HDppm

Use Fourth    Date 9 9 05

DIAGNOSIS (If Chg'd)    Colgel 2 HS x 90

Robert G. Whatley, CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Palmer Nelson
173247

D.O.B.    /    /
ALLERGIES:

7/15/01

Use Third    Date /    /

DIAGNOSIS (If Chg'd) (Continue)
Selsun Shampoo KOP daily x 90 days
Hydrocortisone 0.5% KOP BID x 30days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Palmer , Nelson
173247

D.O.B.
ALLERGIES: NKDA

Noted
6b2 05
0512

Use Second    Date 6 22 05

DIAGNOSIS (If Chg'd)
① Selsun Shampoo  TOP QD x 90d (KOP)
② Hydrocortisone 0.5%  TOP BID x 30d
   PRN (KOP)
③ F/u OPC c Dr. Robbins in 7
   wk to evaluate Lipoma.                B Adams CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Palmer, Nelson
173247

D.O.B.
ALLERGIES: nkda

Noted
6b2 05
0900

Use First    Date 6 22 05

DIAGNOSIS
EKG test
CMP / CHO / PSA
MHP referral

c/o B. Adams CRNP / Di ch      B Adams CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)

**MHM Correctional Services, Inc.** 

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Last    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Fourth    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.:    /    / | |
| ALLERGIES: | |
| Use Third    Date:    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Palmer, Nelson. | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.: ▓▓▓▓ | Prolixin 10 mg tab<br>Pro Dec 25 im q 3 w<br>Benadryl 50 Bid |
| ALLERGIES: | *MHM Correctional Services*<br>*Dr. Bill Sanders* |
| Use Second    Date: 1/14/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Palmer, Nelson<br>#173247 | DIAGNOSIS Schizophrenia, undifferentiated |
|---|---|
| D.O.B.: ▓▓▓▓   [E-32] | ① Prolixin 10 mg tab x 90d<br>② Prolixin Dec 25 y IM q 3 wks x 90d<br>③ Benadryl 50 in ap BS x 90d |
| ALLERGIES: NKDA | |
| Use First    Date: 6/21/05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

**WHITE** – MEDICAL RECORDS COPY    **CANARY** – PHARMACY COPY

24019  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

Palmer Nelson
173247
NKDA

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

4/14/06
8p — S: c/o having "something" on his R ear

O: large exposure to Back of ear

A/P: will consult c Adm dr.

1/22/06
8p — S: large swelling to the ear

O: large exposure to R ear

A/P: will F/U PRN c dr.

3/08/06
S: Pt has large exposure to the Back of his ear.

O: about 6x6 inch exposure occupying nape of the neck. Area swelling c subcutaneous tissue

A: exposure

P: will wait, watch its growth, if it start growing exponentially, we will try to ___ ___



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Palmer, Nelson. | D.O.B.:  /  / |
|---|---|---|

**6/28/05**
**0814**
47 yo BM c̄ long-standing lipomatous mass @ base of posterior
neck ~ 15 x 15 cm.
Non-tender. Causes no sx. Neuro exam (-).
EOJ < T yr.
1) Lipoma - asymptomatic.
  Conservative Rx.

**9/07/0**
1) Huge lipoma (Palp) back
2) Large sized lipoma to nape &
  neck

A lipoma
  will need Excision

**10/7/0**
S̄ pc̄ from lipoma
2) Large lipoma to back & neck

MD will cont. Adult. He awaits for
  surgical visit next week