| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 4/20/6 | S) Pt; wih Mass _drop picones_ | EXHIBIT A-2 |
| | B) 16.5 x 105 Ludes mass today | |
| | AM will resubmit for excuision Sug | |



**Nursing Evaluation Tool:**                    __Dental Complaint__

Facility: BBB

Patient Name: _Palmer_ _____ _Nelson_ _____ ☐ MI
             Last           First

Inmate Number: _173297_     Date of Birth: ▇▇▇▇▇
                                    MM   DD   YYYY

Date of Report: _11_ / _23_ / _05_     Time Seen: _____ AM / PM Circle One
           MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Tooth Ache - Right side of mouth_

Onset: _x 3 days_

History: _____ ☐ Check Here if additional notes on back
(Continue on back if necessary)

Is the problem: ☑ New  ☐ Chronic  **Problem related to:** ☐ Recent trauma  ☐ Recent dental work  ☐ Other: _____
**Injury sustained in altercation with custody staff, or other inmate:** ☐ NO  ☐ YES (Requires notification of correctional staff)
**Dental Pain: Right :** ☐ Upper Back  ☐ Upper Front  ☐ Lower Back  **Left:** ☐ Upper Back  ☐ Upper Front  ☐ Lower Back
            ☐ Lower Front                 ☐ Lower front
**Type of Pain:** ☑ Aching  ☐ Throbbing  ☐ Dull  ☐ Sharp  ☐ Constant  ☐ Intermittent  **Pain Scale: (1-10)** _4-5_
**Sensitive to Hot or Cold:** ☐ No  ☐ Hot  ☐ Cold  ☑ Sensitive to both Hot & Cold  ☐ Other: _____
**Associated Symptoms:** ☐ Sinus problems  ☑ Difficulty chewing  ☐ Earache  ☐ Sore throat  ☐ Other: _____

**Objective:**  **Vital Signs: (If Indicated)** T: _____ P: _88_ RR: _22_ B/P: _100_ / _20_ _218 wt_

| | ☐ No | ☑ Yes |
|---|---|---|
| Visual evidence of tooth decay/fracture | ☐ No | ☐ Yes | Visible external swelling | ☐ No | ☑ Yes |
| Visual evidence of missing filling | ☐ No | ☐ Yes | Swelling/redness/pus surrounding affected tooth: | ☐ No | ☐ Yes |
| Pain upon opening jaw widely | ☐ No | ☐ Yes | Evidence of trauma/injury to jaw/face | ☐ No | ☐ Yes |

☐ Additional Examination: _____
     Continue on back if necessary

**Assessment: (Referral Status)** | **Preliminary Determination(s):** _Adkon in comfort x ?_
☐ **Referral Not Required** | _CP sided Tooth Ache_    ☐ Check Here if continued on back

☐ **Referral Required** due to the following: (Check all that apply)
     ☐ Fever            ☐ Evidence of pus collection or swelling
     ☐ Earache/sore throat/sinus problems    ☐ Recent dental surgery/procedure
     ☐ Pain upon opening mouth widely    ☐ Significant injury/trauma to jaw     ☐ Recurrent Complaint (More than 2 visits)
     ☐ Other: _____
      (Describe)
     **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
 ☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
 ☐ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
 ☐ Cold Compress PRN for minor trauma
 ☑ Instructions to return if condition worsens.
 ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
 ☐ Other: _____
      (Describe)
 ☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____ Date for referral: _11_/_23_/_05_
                                                           MM   DD   YYYY
 **Referral:** ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Thomas - Dentist_      Time _____
 **Referral Type:** ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X _____ C Holderfield RN   Name: _C. Slater_ C Holderfield RN
     Nurses Signature                                Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *NELSON PALMER*                Date of Request: *11-21-05*
ID # *173247*                Date of Birth: ████ Location: *11-22*
Nature of problem or request: *Tooth Ache And Need To have it*
*pulled And Teeth Checked*

_____

_____
                                          *Nelson Palmer*
                                          *Signature*

### DO NOT WRITE BELOW THIS LINE
_____

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective**   (V/S):  **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
 OW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

### Nursing Evaluation Tool:                    <u>General Sick Call</u>

| | | | |
|---|---|---|---|
| acility: BBB | | | NKOA |
| Patient Name: | *Palmer* | *Nelson* | |
| | Last | First | |
| Inmate Number: | 173247 | Date of Birth: | |
| Date of Report: | 11 / 14 / 05 | Time Seen: 0500   AM / PM  Circle One |
| | MM  DD  YYYY | |

**Subjective:** Chief Complaint(s): "Knot on my back hurts"   "Lipoma Base of Neck"

Onset: Size of small kick ball

Brief History: Had lump x 3 yrs [?]
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 97.4  P: 78  RR: 20  B/P: 140 / 80    204

Examination Findings: A+Ox3, Denies Resp Difficulty, HR 78 RRR
(Continue on back if necessary)
Ø GI Complaints. Ambulating WNL. Huge Lipoma to Base of Cervical Spine area. In appearance it resembles a Buffalo Hump. Pain of 4 on Scale 1-10.

☐ Check Here if additional notes on back

**Assessment:** (Referral Status) Preliminary Determination(s):  Alter in Comfort R/T
Large Lipoma
☐ Referral <u>NOT REQUIRED</u>

☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): Dr Siddiq     Date for referral: 11 / 14 / 05
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time: _____

x *Martha Jackson* Holderfield     Name: Holderfield
      Nurses Signature                          Printed



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _Palmer_ _____ _Nelson_ _____ MI
                                          First
Inmate Number: _17324_ ^last         Date of Birth: ████████ MM  DD  YYYY

Date of Report: _9_ | _27_ | _2008_     Time Seen: _5:30_  AM/PM Circle One
               MM   DD   YYYY

<u>*Subjective:*</u> Chief Complaint(s): _My Neck giving me problems - been here for years but_
_Neck hurt like this (illegible)_

Onset: _____

Brief History: _____
(Continue on back if necessary)
_____
_____
_____
☐ Check Here if additional notes on back

<u>*Objective:*</u>  Vital Signs: (As Indicated) T: _978_  P: _72_  RR: _20_  B/P: _100_ | _70_  at 196

Examination Findings: _____
(Continue on back if necessary)
_____
_____
_____
☐ Check Here if additional notes on back

<u>*Assessment:*</u> *(Referral Status)* Preliminary Determination(s): _____
      ☐ Referral <u>NOT REQUIRED</u>

      ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
          ☐ Recurrent Complaint (More than 2 visits for the same complaint)

          ☐ Other: _____
_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>*Plan:*</u>  Check All That Apply:
      ☐ Instructions to return if condition worsens.
      ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

      ☐ Other: _____
              (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                                                      MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

X _____  Name: _____
      Nurses Signature                    Printed



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: *Palmer    Nelson*

           Last           First        MI

Inmate Number: *173247*                    Date of Birth: ▓▓▓▓▓

                                           MM      DD      YYYY

Date of Report: *10* / *7* / *05*          Time Seen: *6¹⁰* (AM / PM) Circle One

              MM   DD   YYYY

**_Subjective:_** Chief Complaint(s): *Knot to Back of neck. (hurting more)*

      Onset: *approx 3 years  pain get worse.*

Brief History: _____
(Continue on back if necessary)

_____

_____

_____
                                              ❑ Check Here if additional notes on back

**_Objective:_** Vital Signs: (As Indicated)  T: *98⁴*  P: *50*  RR: *20*  B/P: *110* / *80*  | wt 196

                                                       *98%₀*

Examination Findings: _____
(Continue on back if necessary)

_____

_____

_____

_____
                                            ❑ Check Here if additional notes on back

**_Assessment:_** *(Referral Status)* Preliminary Determination(s): _____

      ❑ Referral <u>NOT REQUIRED</u>

      ☒ Referral <u>REQUIRED</u> due to the following: (Check all that apply)

          ❑ Recurrent Complaint (More than 2 visits for the same complaint)

          ❑ Other: _____

          _____

      Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:

      ❑ Instructions to return if condition worsens.

      ❑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ❑ YES ❑ NO (If NO then schedule patient for appropriate follow-up visits)

      ❑ Other: _____
             (Describe)

      OTC Medications given ☒ NO ❑ YES (If Yes List): _____

      Referral: ❑ NO ☒ YES (If Yes, Whom/Where): _____

                                            Date for referral: ___ / ___ / ___
                                                  MM   DD   YYYY

      Referral Type: ❑ Routine ☒ Urgent ❑ Emergent (if emergent who was contacted?): _____ Time ___

x *L. Anderson Lpn*     Name: _____
    Nurses Signature                             Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Nelson Palmer*          Date of Request: *10-7-04*

ID # *173247*          Date of Birth: ▮▮▮▮ Location: *11-22*

Nature of problem or request:

*I Have a knot on my neck that is bothing me I need to get check out by the Dr.*

*✗ Nelson Palmer*
                                        *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials _____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

        If Emergency was PHS supervisor notified:   Yes ( )    No ( )

                Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Nelson Palmer_    Date of Request: _19 Jan Aug. 05_

ID # _173247_    Date of Birth: ▓▓▓▓    Location: _1-1/6_

Nature of problem or request: _Need some cream for my_
_face. My face is broken-out._

_Nelson Palmer_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN

CIRCLE ONE

Check One:    ROUTINE ( )        EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

*SIGNATURE AND TITLE*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

1/16

RECEIVED: Inmate/Health Record

Institution: Bulock

Date: 7/18/05   Time: 0900   AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS

[X] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: KCF

Date: 7-13-05   Time: _____ AM/PM

RELEASE FROM:
[ ] Infirmary      [ ] Segregation
[X] Population     [ ] Mental Health
[ ] Other

RELEASE TO:
[X] DOC   [ ] Infirmary   [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
NKDA

PHYSICAL EXAMINATION

Date of last exam: 6-22-05

Chest X-Ray Date: _____ Result: _____

PPD Reading 6-24-05 Ø mm

Classification: _____

Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | 6-22-05 | [✓] | [ ] | Wears Glasses/Contacts | [ ] | [X] | |
| Urinalysis | 6-21-05 | [ ] | [ ] | Dental Prosthesis | [X] | | upper |
| | | | | Hearing Aide | [ ] | [X] | V. Slater LPN |
| | | | | Other Prosthesis | [ ] | [X] | |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS                Receiving Nurse

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Prolixin 10mg qhs x 90 d.
Benadryl 50 mg po qhs x 90 d
Selsun Shampoo TOP QD x 90d (KOP)
Hydrocortisone 0.5% TOP BID x 30 days

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | [X] | [ ] |
| X-RAY FILM | [X] | [X] |
| HEALTH RECORD | [X] | [ ] |

Released to: ADOC

Date: _____ Time: _____ AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | [ ] | [X] |
| X-RAY FILM | [ ] | [X] |
| HEALTH RECORD | [ ] | [X] |

CHART REVIEWED [X] YES   [ ] NO

Received by: V. Slater LPN
Signature of Receiving Nurse

Date: 7/18/05   Time: 0900   AM/PM

[blank] SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____   LAST CLINIC: _____

FOLLOW-UP CARE NEEDED
[ ] Medical   [ ] Dental
[X] Mental Health

Date 7/18/05   Time 0900

With Whom - - Location (Sending Nurse)

Date/Appt. Made w/Whom (Rec. Nurse)
7/18/05 DR Silly / MD

| | | Yes | No | | | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|---|
| HISTORY | Drug Use | | [✓] | SKIN | Open Sores | | [✓] | Sick Call Procedures Explained | Yes |
| | Mental Illness | [✓] | | | Lice | | [✓] | Height | 5'11" |
| | Suicide Attempt | | [✓] | | Edema | | [✓] | Weight | 203 |
| | Chronic Care | | [✓] | | Warm & Dry | [✓] | | rash | Blood Pressure | 130/80 |
| | | | | | Cool & Moist | | [✓] | Temperature | 98 |
| STATUS | Special Diet | | [✓] | CONDITION | Alert | [✓] | | Pulse Resp | 72/18 |
| | Appearance | | [✓] | | Oriented | [✓] | | Other | |
| | | | | | Uncooperative | | [✓] | | |
| | | | | | Depressed | | [✓] | | |

OTHER PERTINENT NURSING ASSESSMENT

(Noted from health record documentation)
NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

Signature of Nurse Completing Assessment (Sending Nurse)

Date 7-13-05

V. Slater LPN   D. Wood RN
Signature of Intake Screening Nurse (Receiving Nurse)

Date 7/18/05

INMATE NAME (LAST, FIRST, MIDDLE)
Palmer, Nelson

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 173247A | [redacted] | B/m | KCF |

PHS-MD-70009

(White - Medical Jacket, Yellow - ...)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Palmer, Nelson | D.O.B.: |
|---|---|---|

7-14-5 am 1130    Reel at Byllek with one vol with the following meds — Fluphenazine (22), Diphenhydramin (26) and the current mar —

**Complete Both Sides Before Using Another Sheet**

**Facility Name:** Bullock Correctional Facility

Month/Y **Charting:** 03/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Cogentin 2MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

| Start Date: 01-04-2006 | Prescriber: Whatley MHM, R. |
| Stop Date: 04-03-2006 | RX #: 251035219 |

**Prolixin Decanoate Injection S
25MG/ML Solution     1**

Inject 1cc intramuscular every 3 weeks

*See Phy. Book*

| Start Date: 01-04-2006 | Prescriber: Whatley MHM, R. |
| Stop Date: 04-03-2006 | RX #: 251035222 |

**Prolixin  10MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

| Start Date: 01-04-2006 | Prescriber: Whatley MHM, R. |
| Stop Date: 04-03-2006 | RX #: 251035223 |

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

| Start Date: 01-04-2006 | Prescriber: Whatley MHM, R. |
| Stop Date: 04-03-2006 | RX #: 251035226 |

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| NKDA | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: RTU (MHM) | | | | | 5 Lock Down |
| Patient ID Number: 173247 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | Date of Birth: | | | | 10 Other |

**Palmer, Nelson**

| Facility Name: | Bullock | | | | | | | | | | | | | | | Month/Ye, | | | Charting: | 3/06 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Prolixin Dec. 25mg)**
**IM q3wks X-90**
**day**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0800 | | | | | | | | | | | BP | | | | | | | | | | | | | | | | | | | | AT |

Start Date: 1-3-06     Prescriber: Whatley
Stop Date: 4-03-06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | G. Thomas RN | AT | Smith | BP | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 173247 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| Palmer, Nelson | | | | | 9. No Show |
| | Date of Birth: | | | | 10. Other |

Facility Name: Bullock    Month/Ye.    Charting: Hole

Prolixin Dec. 25mg
IM q 3wks x 90 days

OD

Start Date: 1-3-06    Prescriber: Whatly
Stop Date: 4-03-06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number: 173247
Patient Name:
Palmer Nelson

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Bullock Correctional Facility | | Month/ | Charting: 02/06 | | |
|---|---|---|---|---|---|

**Cogentin 2MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 01-04-2006
Stop Date: 04-03-2006
Prescriber: Whatley MHM, Robert
RX #: 251035219

---

**Prolixin Decanoate Injection S 25MG/ML Solution     1**

Inject 1cc intramuscular every 3 weeks

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*See Sec. Book*

Start Date: 01-04-2006
Stop Date: 04-03-2006
Prescriber: Whatley MHM, Robert
RX #: 251035222

---

**Prolixin 10MG Tab     30.00**

Take 1 tablet(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 01-04-2006
Stop Date: 04-03-2006
Prescriber: Whatley MHM, Robert
RX #: 251035223

---

**Benadryl 50MG Cap     60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 01-04-2006
Stop Date: 04-03-2006
Prescriber: Whatley MHM, Robert
RX #: 251035226

---

*Advil 800 mg + PO tid X 10 days*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 1/23/06
Stop Date: 2/3/06
Prescriber: Siddiq

---

*Hc cream KOP X 20 days*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 1/23/06
Stop Date: 2/12/06
Prescriber: Siddiq

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies NKDA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: RTU (MHM) | | | | | 5 Lock Down |
| Patient ID Number: 173247 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

**Palmer, Nelson**

Date of Birth:

| Facility Name: BCCF A466 | | | | | | | | | | | | Month/Yr | | | | Charting: 01/06 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Pro Dec 25mg 1mg 3wks x90days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BP | | | | | | | | | | | | | | | | | | VP | | | | | | | | |

Start Date: 01/03/06    Prescriber: Whatley
Stop Date: 04/03/06    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKDA | | | Brennan | BP | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Housing Unit:<br>Patient ID Number: 172 747<br>Patient Name: Palmer, Nelson | | | | Date of Birth: | |

Facility Name: BCCF A465

Month/Yr Charting: 01/06

**Cogentin 2mg HS x 90 days**
1700
Start Date: 01/03/06    Prescriber: Whatley
Stop Date: 04/03/06    RX #:

**Prolixin 10mg HS x 90 days**
1700
Start Date: 01/03/06    Prescriber: Whatley
Stop Date: 04/03/06    RX #:

**Benadryl 50mg BID x 90 days**
1100
1700
Start Date: 01/03/06    Prescriber: Whatley
Stop Date: 04/03/06    RX #:

**ADVIL 800mg ī PO TID X 10 day**
0800
1100
1700
Start Date: 1/23/06    Prescriber: Dr Siddig
Stop Date: 2/2/06    RX #:

**Hydrocortisone Cream KOP X 20 days**
Start Date: 1/23/06    Prescriber: Dr Siddig
Stop Date: 2/12/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies NKDA

Housing Unit:
Patient ID Number: 173247
Patient Name: Palmer Nelson

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | LEISI KUOH | L·K |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Y.: Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Cogentin 2MG Tab      30.00**

Take 1 tablet(s) by mouth at bedtime

*See New Order* (handwritten)   17:00 JKK

Start Date: 12-06-2005   Prescriber: Andrews MHM, John
Stop Date: 01-04-2006   RX #: 250947700

**Fluphenazine Decanoate 25MG/ML Solution      1**

Inject intramuscular 1cc every three weeks

*See Decansate Book* (handwritten)

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724142

**Fluphenazine HCl 10MG Tab      30.00**

Take 1 tablet(s) by mouth daily

*See New Order* (handwritten)   17:00 JKK

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724150

**Diphenhydramine HCl 50MG Cap 60.00**

Take 1 capsule(s) by mouth twice daily

*See New Order* (handwritten)   11:00   17:00 JKK

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724153

*Prolixin Dec 25mg IM q 3 wks x90days* (handwritten)

Start Date: 01/03/06   Prescriber: *Whatley* (handwritten)
Stop Date: 04/03/06   RX #:

Diagnosis

Allergies: NKDA

Housing Unit: RTU (MHM)
Patient ID Number: 173247
Patient Name:

**Palmer, Nelson**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | | |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 12/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Triamcinolone Acetonide 0.1% Cream**
1

Use as directed

1700 GH...

Start Date: 11-15-2005     Prescriber: Siddio, Tahir
Stop Date: 12-04-2005     RX #: 250883138

**Benztropine Mesylate 2MG Tab**
30.00

Take 1 tablet(s) by mouth at bedtime

1700 GH...   See New Order

Start Date: 09-12-2005     Prescriber: Whatley MHM, Robert
Stop Date: 12-10-2005     RX #: 250584179

**Fluphenazine Decanoate 25MG/ML**
Solution      1

Inject intramuscular 1cc every three weeks

See Decanate Below

Start Date: 10-06-2005     Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006     RX #: 250724142

**Fluphenazine HCI 10MG Tab      30.00**

Take 1 tablet(s) by mouth daily

1700 GH...

Start Date: 10-06-2005     Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006     RX #: 250724150

**Diphenhydramine HCI 50MG Cap**
60.00

Take 1 capsule(s) by mouth twice daily

1100 ...
1700 ...

Start Date: 10-06-2005     Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006     RX #: 250724153

Cogentin 2mg po
HS x 30 days

1700 →

Start Date: 12/5/05     Prescriber: Andrews
Stop Date: 01/05/06     RX #:

---

Diagnosis

Allergies NKDA

Housing Unit: RTU (MHM)
Patient ID Number: 173247
Patient Name:

**Palmer, Nelson**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Leisi Kuoh | LK | Stacy ... | SS | 1 Discontinued Order |
| | | ... | | 2 Refused |
| Florence ... | | L. ... | | 3 Patient out of facility |
| Leisi Kuoh | LK | | | 4 Charted in Error |

Documentation Codes:
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth:

Facility Name: Bullock

Month/Yr: Charting: 12/05

Prolixin Deci 25mg
IM q3wks x90 days

BP  Start Date: 10/05/05   Prescriber: Whatley
    Stop Date: 1/05/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | BP Ferrell RN | BP | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| NKDA | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 173247 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Palmer, Nelson | | Date of Birth: | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Bullock Correctional Facility

Month/Y: Charting: 11/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benztropine Mesylate 2MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

Hour: 1700 *(handwritten entries across days)*

Start Date: 09-12-2005   Prescriber: Whatley MHM, Robert
Stop Date: 12-10-2005   RX #: 250584179

---

**Fluphenazine Decanoate 25MG/ML Solution   1**

Inject intramuscular 1cc every three weeks

*See Decanoate Book*

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724142

---

**Fluphenazine HCl 10MG Tab   30.00**

Take 1 tablet(s) by mouth daily

Hour: 1700 *(handwritten entries across days)*

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724150

---

**Diphenhydramine HCl 50MG Cap 60.00**

Take 1 capsule(s) by mouth twice daily

Hour: 1100 / 1700 *(handwritten entries across days)*

Start Date: 10-06-2005   Prescriber: Whatley MHM, Robert
Stop Date: 01-03-2006   RX #: 250724153

---

Advil 800mg PO TID X10dys

Hour: 0800 / 1100 / 1700 *(handwritten entries)*

Start Date: 11/14/05   Prescriber: Dr Sidd
Stop Date: 11/24/05   RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies  N K D A | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit:  RTU (MHM) | | | | | 5 Lock Down |
| Patient ID Number:  173247 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Palmer, Nelson** | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: _BCCF_

Prolitin Dec. 25 mg)
I M Q 3 wks
X-90 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Month/Yr | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Charting: 8-30-25

1535

Start Date: **7-18-05**     Prescriber:

Stop Date: **10-18-25**     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|

Start Date:     Prescriber:

Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-----------|-------------------|---------|-------------------|---------|---------------------|
| | *A. Thomas M.* | HT | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| **Allergies** | | | | | 3 Patient out of facility |
| NKA | | | | | 4 Charted in Error |
| **Housing Unit:** RT4 | | | | | 5 Lock Down |
| **Patient ID Number:** 173247 | | | | | 6 Self Administered |
| **Patient Name:** | | | | | 7 Medication out of Stock |
| Palmer Nelson | | Date of Birth: | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: _BCCF_

Month/Yr. Charting: 10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Prolixin Dec, 25 mg
I M Q 3 wks
X-90 days

RO  10/05/05

Start Date: _7-18-05_  Prescriber:
Stop Date: _10-18-05_  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Prolixin Dec, 25 mg IM
q 3wks x 90 days

0730     25

BF  Start Date: _10/05/05_  Prescriber: _Whatley_
Stop Date: _1/05/06_  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

Start Date:  Prescriber:
Stop Date:  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

Start Date:  Prescriber:
Stop Date:  RX #:

Diagnosis

Allergies  _NKA_

Housing Unit: _RTY_
Patient ID Number: _173247_
Patient Name: _Palmer  Nelson_

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| a. Thomasth | AT | | JS | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Date of Birth:

Facility Name: Bullock Correctional Facility

Month / Charting: 10/05

**Fluphenazine HCl 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 07-20-2005    Prescriber: Sanders MHM, William
Stop Date: 10-17-2005    RX #: 250236731

**Diphenhydramine HCl 50MG Cap 60.00**

Take 1 capsule(s) by mouth twice daily

Start Date: 07-20-2005    Prescriber: Sanders MHM, William
Stop Date: 10-17-2005    RX #: 250236753

**Benztropine Mesylate 2MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: 09-12-2005    Prescriber: Whatley MHM, Robert
Stop Date: 12-10-2005    RX #: 250584179

Prolixin 10mg po qday
x 90 days

BP    Start Date: 10/05/05    Prescriber: Whatley
Stop Date: 1/05/06    RX #:

Benadryl 50mg ℥ BID
x 90 days

BP    Start Date: 10/05/05    Prescriber: Whatley
Stop Date: 4/05/06    RX #:

Prolixin Dec. 25mg IM
q 3 wks x 90 days

See Dec. Book

BP    Start Date: 10/05/05    Prescriber: Whatley
Stop Date: 4/05/06    RX #:

Diagnosis: NKA

Allergies:

Housing Unit: Population
Patient ID Number: 173247
Patient Name:

**Palmer, Nelson**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| C. Tyson LPN | ET | | |
| | | | |
| | | E. Smith | |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Date of Birth:

Facility Name: Bullock

Advil 800g PO TID
x 10 dy

| Hour | Month/Yr | Charting: 10-05 |
|---|---|---|

Hour row: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

0400
1100
1700

Start Date: 10-7-05    Prescriber: Thomas
Stop Date: 10-17-05    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: NKA

Housing Unit:
Patient ID Number: 175247
Patient Name: Palmer, Nelson

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Date of Birth:

Facility Name: __Bullock Correctional Facility__    Month/Y_____ Charting: __09/05__

| Fluphenazine HCl 10MG Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: __07-20-2005__    Prescriber: __Sanders MHM, William__
Stop Date: __10-17-2005__    RX #: __250236731__

| Diphenhydramine HCl 50MG Cap 60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 capsule(s) by mouth twice daily | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: __07-20-2005__    Prescriber: __Sanders MHM, William__
Stop Date: __10-17-2005__    RX #: __250236753__

Cogentin 2mg hs × 90d

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: __9-8-05__    Prescriber: __W. Nattla__
Stop Date: __12-8-05__    RX #: __

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #: ____

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #: ____

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: ____    Prescriber: ____
Stop Date: ____    RX #: ____

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKDA | V. Rippins LPN | LP | I Sturg N | | 1 Discontinued Order |
| | Divorce LPN | | | | 2 Refused |
| | Blennon | | BC Smith | BC | 3 Patient out of facility |
| | | | Ikon LPN | | 4 Charted in Error |
| Housing Unit: __Population__ | | | | | 5 Lock Down |
| Patient ID Number: __173247__ | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Palmer, Nelson** | | | | | 8 Medication Held |
| | Date of Birth: | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: | Bullock Correctional Facility | | | | | | | | | | Month/Yr: | | | Charting: | 08/05 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Fluphenazine HCl 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 07-20-2005    Prescriber: Sanders MHM, William
Stop Date: 10-17-2005     RX #: 250236731

**Diphenhydramine HCl 50MG Cap 60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 07-20-2005    Prescriber: Sanders MHM, William
Stop Date: 10-17-2005     RX #: 250236753

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA | | | | | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number: 173247 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

**Palmer, Nelson**

Date of Birth:

| Facility Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Prolixin Dec 25mg*
*IM Q 3 wks*
*X - 90 days*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Month/ | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | X | | | | | | | | | | | | | | | | | |

Start Date: **7-18-05**     Prescriber:
Stop Date: **10-18-05**     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *A. Thomas RN* | A I | | | 1 Discontinued Order |
| Allergies | *28mg* | B | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| *Palmer, Nelson* | | | | | 7 Medication out of Stock |
| | Date of Birth: | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prolixin Dec 25mg Im
Q3Wks                    0700

Start 7-18-05        Stop 10-18-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    7-18-05    THROUGH    7-31-05

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| Allergies | Rehabilitative Potential |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: L Rolf | Title: RN | Date: 7-1 |
|---|---|---|---|---|

PATIENT    Palmer, Nelson

PATIENT CODE    ROOM NO.    BED    FACIL

# MEDICATION ADMINISTI    TION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Selsun Shampoo
Top. qd x 90d
6/22/5 — 9-22-5.    K Top.    B-vix @ 23-5

Hydrocotisone 0.5%
Top. Bid Prn x 30d
6/22/5 — 7-22-5    K Top

Proluin 10mg po
@HS x 90 D,
6/21/5 — 9/21/5    2000    P/O 7-18-

Bbnadryl 50g po
@HS x 9-d.
6/21/5 — 9/21/5    2000    P/O 7-18-

Proluin Dec .25g
Im @ 3WK x 90 D
6/22/5 — 9/22/5

Prolixin 10mg po qd
x 90days    Sandes    1700
Start 7-18-05    Stop 10-18-05

Prolixin Deconate 25mg Im
@3wks x 90days    Sandes    0930
Start 7-18-05    Stop 10-18-05

Benadryl 50mg po Bid x 90d
Sandes    1100
1700
Start 7-18-05    Stop 10-18-05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 7-1-05    THROUGH 7-31-5

Physician
Alt. Physician    Adams Camp
rgies    NKA

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record N    1732

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked: By:

PATIENT    Palmer, Nelson

PATIENT CODE    ROOM NO.    BED    FA

Title:    Date: 7

# MEDICATION ADMINISTRATION RECORD

STDT01

_II_

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROLIXIN 10mg PO QHS x 90 DAYS 6/21/05  9/21/05 | 2000 | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | |
| PROLIXIN DEC 25mg IM q 3wks x 90D 6/22/05  9/22/05 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50mg PO QHS x 90 DAYS 6/21/05  9/21/05 | 2000 | | | | | | | | | | | | | | | | | | | → | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **6/21/05**    THROUGH **6/30/05**

Physician **McGINN**
Alt. Physician

Telephone No.
Alt. Telephone

Medical Record No.

Allergies **NKDA**

Rehabilitative Potential

Diagnosis **SCHIZOPHRENIA**

Medicaid Number    Medicare Number

Complete Entries Checked?
By: _____    Title: **LPN**    Date: **6**

PATIENT **PALMER, NELSON**

PATIENT CODE **173747**    ROOM NO.    BED

# MEDICATION ADMINISTRATION RECORD

I of II

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Selsun Shampoo TOP QD x 90d 6/22/05 - 9/22/05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hydrocortisone 0.5% TOP bid prn x 30d 6/22/05 - 9/22/05 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | |
|---|---|
| CHARTING FOR 6/22/05 | THROUGH 6/30/05 |
| Physician | Telephone No |
| Alt Physician Adams Cknp | Alt Telephone |
| Allergies NKDA | Rehabilitative Potential |

Medical Record 17324

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: RN | Date 6/ |
|---|---|---|---|---|

| PATIENT Palmer Nelson | PATIENT CODE 173247 | ROOM NO. | BED | FAC K |

03/27/2006 MON 16:04 FAX                                         ☒001/001

03/20/2006 14:04 FAX 9944          REGIONAL OFFICE

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | Palmer   Nelson | 03.17.06 |

| Site Phone #: | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 738-5625 | | ▓▓▓▓▓ |

| Site Fax #: | Inmate #: | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 738-8763 | 173247 | 06.02.05 |

| | SS Number | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| | ▓▓▓▓▓ | 06.02.05 |

| Will there be a charge? | Sex | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | 07.29.08 |

RECEIVED MAR 17 2006
RECEIVED MAR 27 2006

Responsible party: ☒ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, las specify (Excludes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dentist

**Facility Medical Director, Signature and Date:** (signature)

☐ Service meets criteria for approval via protocol

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☒ Outpatient Surgery (OS)  ☐ Dialysis (DA)
  ☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist Referred to:** Dr. White - Baptist

**Type of Consultation, Treatment, Procedure or Surgery:** Excision By Dr White

**Diagnosis:** Mass (Lipoma)
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

Mass to the Back
of his neck

**Results of a complaint directed physical examination:**

Big Mass (Lipoma)
tender.
6 x 6 inches

**Previous treatment and response (including medications):**

Advil

Dale Robinson RN HSA 3/17/06

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan: (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☒ Off-site Service Recommended and Authorized

This is considered elective.

**Date Resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** (signature)    3.20.06

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

Call Dr. McQueen. This is not Elective. He has HUGE Mass which is interfering to lay down, sleep, and hurts. It's dimensions are about 6 x 9 inches and is occupying the entire
3/27/06

FAXED MAR 27 2006

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this fo          TR must be Complete and Legible. You must Typ          int
                              th the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | Palmer  Nelson | 0 3 1 7 06 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| (3 3 4) 7 3 8 - 5 6 2 5 | | |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (3 3 4) 7 3 8 - 8 7 6 3 | 173247 | 0 6 8 2 05 |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) 0 7 2 9 08 |

RECEIVED MAR 17 2006

Responsible party:   ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider:   ☑ Physician   ☐ NP, PA   ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)          ☐ X-ray (XR)          ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☐ Routine                    ☐ Urgent

Estimated Date of Service (mm/dd/yy)   /   /

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:          ☐ Radiation therapy
                                      ☐ Chemotherapy
Number of Visits/Treatments:          ☐ Other:

Specialist referred to: Dr. Whyte-Baptst

Type of Consultation, Treatment, Procedure or Surgery:

Excesser By Dr Whyte

Diagnosis: Mass Cyponys,
ICD-9 code:

You must include copies of pertinent reports such as lab results, ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of illness/injury/symptoms with Date of Onset:

Inmate ī Huge Mass to the Back of his neck

Results of a complaint directed physical examination:

Big Mass (Lipoma) fendll. 6 x 6 inches.

Previous treatment and response (including medications):

Advil

Dale Robinson RN H8A 3/17/06

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

THIS is Considered elective.

Date resubmitted:   /   /

Regional Medical Director Signature, printed name and date required:

3, 20, 06

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

This is not Elective. He has HUGE Mass which is interfering to lay down, sleep, and hurts. Its

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

must be Complete and Legible. You must Type c...
*Please send this form.* ...the Authorization Letter to the service provider at ... time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| BULLOCK 832 | *Palmer Nelson* | 03 17 06 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| ( 3 3 4 ) 7 3 8 - 5 6 2 5 | | ▓▓▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| ( 3 3 4 ) 7 3 8 - 8 7 6 3 | *173247* | 06 22 05 |
| **Will there be a charge?  Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑ Yes ☐ No   ☑ Male ☐ Female | ▓▓▓▓▓▓▓▓ | 07 29 08 |

**Responsible party:** ☑ PHS   ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

_____

**Facility Medical Director Signature and Date:**

_____

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| | | |
|---|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☑ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

☐ Routine     ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:** _____   ☐ Other:_____

**Specialist referred to:** *Dr. Whyte Baptist*

**Type of Consultation, Treatment, Procedure or Surgery:**
*Excision By Dr ... type*

**Diagnosis:** *mass (lipoma)*
**ICD-9 code:** _____

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
*Inmate i Huge Mass to the Back of his neck*

**Results of a complaint directed physical examination:**
*Big Mass / lipoma, firm ... 6 x 6 inches*

**Previous treatment and response (including medications):**
*Adv ...*

*Dan Robinson RN H8A 3/17/06*

***For security and safety, please do not inform patient of possible follow-up appointments***

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here) | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature, printed name and date required:** _____ ___/___/___ (mm/dd/yy)

-------------------------------------------------------

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

## PRISON HEA TH SERVICES: AUTHORIZA ON LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Palmer, Nelson | **Inmate Number:** | 173247PA |
| **Service Authorized:** | X-Ray: Ct Scan | **Effective Dates:** | 01/23/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15785952 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.** <br> **The completed form will be sealed in the attached envelope and** <br> **returned with an officer to the correctional facility.** |
|---|

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By<br>Medical Director: | Date | Time |

*Bullock County Hospital*
*102 W Conecuh*
*Union Springs, AL*
*~~~~~ 2140*

## UTILIZATIC  MANAGEMENT REFERRAL R  EW FORM

m must be Complete and Legible. You must Type or P  .
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Bullock 832 | Patient Name: (Last, First) Nelson, Palmer | Date: (mm/dd/yy) 06.23.06 |
| Site Phone # (334) 738-5625 | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) ▓▓▓▓ |
| Site Fax # 334.738.8763 | Inmate # 173247 | PHS Custody Date: (mm/dd/yy) 06.22.05 |
| Will there be a charge? ☑Yes ☐No   Sex ☐Male ☑Female | SS Number ▓▓▓▓ | Potential Release Date: (mm/dd/yy) 07.29.08 |

Responsible party: ☑PHS ☐Auto Ins. ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans ) ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

**Requesting Provider:** ☐Physician ☐NP, PA ☐Dental

**Facility Medical Director Signature and Date:**
_(signature)_

☐ Service meets criteria for approval via protocol*

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV)  ☑X-ray (XR)  ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)  ☐Dialysis (DA)

☐ Routine              ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:  ☐Radiation therapy ☐Chemotherapy
Number of Visits/Treatments:_____ ☐Other:_____

**Specialist referred to:** Bullock County Hospital
**Type of Consultation, Treatment, Procedure or Surgery:**
CT Scan of chest + neck

**Diagnosis:** GROWTH to neck/chest
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Inmate has large swelling to the posterior chest wall. He has seen Dr. White, who wants CT scan of the neck/chest to delineate the extent of growth

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
Foley

A. Droom RN D.O.N.

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**
_____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

State Employees' Insurance Board- Inmate Healthcare Inquiry    Filed 06/05/2006    Page 37 of 501

<<Back   Print



## STATE OF ALABAMA
## INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama          Prison Health Services
(877) 231-7239                             Telephone (334) 395-5973
                                           Toll Free (877) 279-1335
                                           Fax (334) 395-8156

1/26/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PALMER , NELSON** | **Inmate #** | **00173247** |
| **Facility Name** | **BULLOCK CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 5107** | | |
| **Facility Address2** | | | |
| **City** | **UNION SPRINGS** | | |
| **State** | **AL** | | |
| **Zipcode** | **36089** | | |

### * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624632213** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

01/31/2006 TUE 16:03 FAX @007/009

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
### Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Bullock 832 | Patient Name: (Last, First) Nelson, Palmer | Date: (mm/dd/yy) 06.23.06 |
| Site Phone # (334)738-5625 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ▓▓▓▓▓ |
| Site Fax # (334)738-8763 | Inmate # 173247 | PHS Custody Date: (mm/dd/yy) 06.23.05 |
| Will there be a charge? ☑ Yes ☐ No    Sex ☑ Male ☐ Female | SS Number: ▓▓▓▓▓ | Potential Release Date: (mm/dd/yy) 01.29.08 |

RECEIVED JAN 23 2006

Responsible party: ☑ PHS    ☐ Auto Ins.    ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans)    ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

Requesting Provider:    ☐ Physician    ☐ NP, PA    ☐ Dental

Facility Medical Director Signature and Date:

☐ Service meets criteria for approval via protocol

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☑ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy):    __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:    ☐ Radiation therapy    ☐ Chemotherapy
Number of Visits/Treatments:    ☐ Other:

Specialist referred to: Bullock County Hospital

Type of Consultation, Treatment, Procedure or Surgery:
CT Scan of Chest/neck

Diagnosis: GROWTH to neck/chest
ICD-9 code:
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Inmate has large swelling to the posterior chest wall. He was seen by wife, who wants CT

**Results of a complaint directed physical examination:**
Scar @ the neck/chest to delineate the extent of growth

**Previous treatment and response (including medications):**
Adel

C. Droom RN D.O.N.

***For security and safety, please do not inform patient of possible follow-up appointment***

### UM DETERMINATION:    ☑ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)    Date resubmitted: __/__/__

☐ Resubmitted with requested information.

Regional Medical Director Signature, printed name and date required:    Steve  012406

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: CT | Med Class: XR | CPT code: 11275    70492 | UR Auth #: 15785952 |
|---|---|---|---|

05a – UM Referral review form

I @ met/agreed

faxed

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Palmer, Nelson | **Inmate Number:** | 173247PA |
| **Service Authorized:** | X-Ray: Ct Scan | **Effective Dates:** | 01/23/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15785952 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

---

### Clinical Summary or Attached Report

|  |
|---|
|  |
|  |
|  |
|  |
|  |
|  |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By
Medical Director: | Date | Time |

*Bullock County Hospital
Hwy 82 East
Union Springs, AL
738-2140*

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **Bullock 832** | Patient Name: (Last, First,) **Nelson, Palmer** | Date: (mm/dd/yy) **06 23 06** |
| Site Phone # **(334) 738 -5625** | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) ▉▉▉ |
| Site Fax # **(334) 738 - 8763** | Inmate # **173247** | PHS Custody Date: (mm/dd/yy) **06 22 05** |
| Will there be a charge? ☑Yes ☐No    Sex ☑Male ☐Female | SS Number ▉▉▉ | Potential Release Date: (mm/dd/yy) **07 29 08** |

Responsible party:    ☑PHS    ☐Auto Ins.    ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

**Requesting Provider:**    ☐Physician    ☐NP, PA    ☐Dental

**Facility Medical Director Signature and Date:** _____

☐ Service meets criteria for approval via protocol*

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐Office Visit (OV)    ☑X-ray (XR)    ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)    ☐Dialysis (DA)
☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy)    ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: _____    ☐Radiation therapy  ☐Chemotherapy
Number of Visits/Treatments: _____    ☐Other: _____

Specialist referred to: **Bullock County Hospital**

Type of Consultation, Treatment, Procedure or Surgery:
**CT Scar of Chest / neck**

Diagnosis: **GROWTH to neck / chest.**
ICD-9 code:
You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Inmate has large swelling to the posterior chest wall. He has seen Dr White, who wants CT

**Results of a complaint directed physical examination:**
Scar of the neck/chest to delineate the extent of growth

**Previous treatment and response (including medications):**
Adul

a. Droom RN D.O.N.

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
Date resubmitted:    ___/___/___

Regional Medical Director Signature, printed name and date required: _____    ___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

State Employees' Insurance Board- Inmate Healthcare Inquiry                                   Page 1 of 1

<< Back    Print



# STATE OF ALABAMA
# INMATE HEALTHCARE AUTHORIZATION

Enrollment
Telephone (334) 833-5948
Toll Free (866) 853-1384
Fax (334) 240-1488

Blue Cross Blue Shield of Alabama                    Prison Health Services
(877) 231-7239                                       Telephone (334) 395-5973
                                                     Toll Free (877) 279-1335
                                                     Fax (334) 395-8156

1/26/2006

| | | | |
|---|---|---|---|
| **Inmate Name** | **PALMER , NELSON** | **Inmate #** | **00173247** |
| **Facility Name** | **BULLOCK CORRECTIONAL FACILITY** | | |
| **Facility Address1** | **POB 5107** | | |
| **Facility Address2** | | | |
| **City** | **UNION SPRINGS** | | |
| **State** | **AL** | | |
| **Zipcode** | **36089** | | |

### * Attention Health Care Provider *

**For Hospital/Facility Claims:**
All facility claims for inpatient and outpatient services should be submitted directly to Blue Cross and Blue Shield of Alabama. Please submit your facility charges to Blue Cross under group **57688** with contract number **XAJ624632213** as you currently do for all other Blue Cross subscribers. This process applies to facility charges only and does not include physician services.

**Utilization Management Review:**
All concurrent in-patient reviews must be provided to PHS Regional Office in Montgomery. The contact person is Michelle Pope, Utilization Management Coordinator. (334) 395-5973   Ext 14

**For charges not covered under SEIB - BC/BS Program:**
For Payment, Please Submit Claims with Inmate number to:
Prison Health Services
P.O.Box 967
Brentwood TN 37024-0967

- Medicare/Medicaid does not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number).
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until a clinical summary is received.

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Palmer, Nelson | **Inmate Number:** | 173247PA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 09/27/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15473182 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

IMPRESSION: ENLARGING POSTERIOR NECK MASS, POSSIBLE LIPOMA

PLAN: (1) NEEDS MRI TO EVALUATE ORIGIN
AND DEPTH OF MASS.

(2) WILL HAVE FURTHER RECOMMENDATIONS
AFTER THAT.

Thanks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | |
|---|---|
| Signature of Consulting Physician: _(signature)_ | Date 10/18/05    Time |
| Reviewed and Signed By Medical Director: | Date    Time |

Dr. Whyte
337 St Luke Drive
Montgomery, AL
271-2789 '15

09/29/2

# PRISON HEA~~~~ SERVICES: AUTHORIZA~~~~ ON LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Palmer, Nelson | **Inmate Number:** | 173247PA |
| **Service Authorized:** | Office Visits: General Surgery Consult | **Effective Dates:** | 09/27/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bullock Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15473182 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.** |
|---|
| **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

*Dr. Whyte*
*337 St Luke Drive*
*Montgomery, AL*
*271-2788 is + 11/15*

09/29/200

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

must be Complete and Legible. You must Type or...
*Please send this form with ...e Authorization Letter to the service provider at the tim...  ...he Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: *Bullock 832* | Patient Name: (Last, First,) *Palmer, Nelson* | Date: (mm/dd/yy) *09.27.05* |
| Site Phone # *334,738.5625* | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) ▓▓▓▓ |
| Site Fax # *334,738.8763* | Inmate # *173247* | PHS Custody Date: (mm/dd/yy) *06.22.05* |
| Will there be a charge? ☑Yes ☐No    Sex ☑Male ☐Female | SS Number ▓▓▓▓▓▓ | Potential Release Date: (mm/dd/yy) *03.07.06* |

Responsible party:  ☐ PHS  ☐ Auto Ins.  ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

### CLINICAL DATA

Requesting Provider:  ☑ Physician  ☐ NP, PA  ☐ Dental

Facility Medical Director Signature and Date: *9/26/05*

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___/___/___
**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments:_____  ☐ Other:_____

Specialist referred to: *Dr. White*

Type of Consultation, Treatment, Procedure or Surgery: *Huge lipoma*

Diagnosis: *Dr White*
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

History of illness/injury/sypmtoms with Date of Onset:
*HUGE lipoma to the back of neck. It was small 2 yrs*

Results of a complaint directed physical examination:
*ago it is almost obliterating the neck and he has difficulty sleeping & extending*

Previous treatment and response (including medications):
*his neck 6 x 8 inches & getting bigger.*

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required: ___/___/___  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

10/03/2005 MON 15:13 FAX @002/006

09/28/2005 WED 10:47 FAX 20( 7. Donaldson 833 @070/077

09/28/2005 09:06 FAX 3343958156    → REGIONAL OFFICE    → DONALDSON    @090

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number | Patient Name (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Bullock 837 | Palmer, Nelson | 09.27.05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334.738.5625 | | ▮▮▮▮ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334.738.8765 | 173247 | 06.23.05 |

| Will there be a change? | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|
| ☑ Yes ☐ No    SEX ☑ Male ☐ Female | ▮▮▮▮ | 03.07.06 |

Responsible party: ☐ PHS ☐ Auto Ins.
☐ Health Ins. (Includes Medicare/Medicaid Managed Care Managed plans )
☐ Other, be specific (Includes Medicare, Medicaid and Veterans Administration Services)

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and Date:
9/26/05

☐ Service meets criteria for approval as entered.

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields:

☐ Office vst (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Diagnostic (DX)
☐ Routine    ☐ Urgent

Estimated Date of Service (mm/dd/yy): ___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ___    ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments requested: ___

Specialist referred to: Dr. White

Type of Consultation, Treatment, Procedure or Surgery:
Huge Lipoma

Diagnosis: Dr. White 214
ICD-9 code: ___

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of Illness/injury/symptoms with Date of Onset:
Huge lipoma to the back of neck. It was small 2 yrs ago. It is almost obliterating the neck and he has difficulty sleeping & extending his neck. 6 x 8 inches & getting bigger.

Findings of a complaint directed physical examination:
[as above]

Previous treatment and response (including medication):

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Predetermined with requested information

☐ Onsite Service Recommended and Authorized
Code number(s): ___

Regional Medical Director Signature, printed name and date required:
Will Mosler, MD

Do Not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Call Type | Med Closed | OT | UM Auth # |
|---|---|---|---|
| GS | OV | 99701 | 1547318? |

53a - UM Referral review form.xls



E-32

# DEPARTMENT OF CORRECTIONS

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 6/22/05 | PE | ☐ IP  ☐ OP | |

| Clinical Diagnosis | Date of Onset |
|---|---|
| EKG | |
| | Date of Surgery |

## AREA OF TREATMENT (CIRCLE)

**PROGRESS NOTES:**

## RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID N |
|---|---|---|---|---|---|
| Palmer | Nelson | | 27 | B/M | 173 |



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 173-684-3104-0 | S | YX | COMPLETE | Page #:  1 |

**ADDITIONAL INFORMATION**

NPY-3        FASTING: N
             DOB: ████

| CLINICAL INFORMATION |
|---|
| CD-41139318288 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 173247 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PALMER,NELSON | M | 47 / 2 |

PT. ADD.:

ACCOUNT: Kilby Correctional Facility
Prison Health Services
PO BOX 11
Mt. Meigs            AL  36057-0000
ACCOUNT NUMBER:  01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/22/2005 | 6:00 | 6/22/2005 | 6/22/2005 | 15:19 | 7607 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 6.4 | x10E3/uL | 4.0 - 10.5 | YX |
| > Red Blood Cell (RBC) Count | 5.64H | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 16.5 | g/dL | 12.5 - 17.0 | YX |
| > Hematocrit | 51.0H | % | 36.0 - 50.0 | YX |
| MCV | 90 | fL | 80 - 98 | YX |
| MCH | 29.1 | pg | 27.0 - 34.0 | YX |
| MCHC | 32.3 | g/dL | 32.0 - 36.0 | YX |
| RDW | 12.9 | % | 11.7 - 15.0 | YX |
| Platelets | 250 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 59 | % | 40 - 74 | YX |
| Lymphs | 31 | % | 14 - 46 | YX |
| Monocytes | 7 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 3.8 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.0 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000



KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

DATE  OF REPORT: 6/24/2005
TIME OF REPORT: 7:23 AM

| AIS NO. | NAME | FACILITY |
|---------|------|----------|
| NPY3/173247 | NELSON PALMER | Kilby |

| DATE COLLECTED | TIME COLLECTED |
|----------------|----------------|
| 6/22/05 | 8:30 AM |

| DATE RECEIVED | TIME RECEIVED |
|---------------|---------------|
| 6/21/05 | 4:13 PM |

| Test Name | Result | Out of Range | Reference Range |
|-----------|--------|--------------|-----------------|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | NEGATIVE (NEG) |
| BLOOD | NEG | | < 5 RBC/MCL (NEG) |
| NITRITE | NEG | | NEGATIVE (NEG) |
| UROBILINOGEN | NEG | | < 1.0 MG/DL (NEG) |
| LEUK. ESTERASE | NEG | | NEGATIVE (NEG) |

* NT = Not Tested

WAYNE  D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289



**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 174-684-3114-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #:  1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

PHY-3
        6/22

FASTING: N
DOB:

CLINICAL INFORMATION
CD- 41139318398

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PALMER,NELSON | M | 47 / 2 |

PT. ADD.:

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 173247 |
|---|---|

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs            AL   36507-0000
ACCOUNT NUMBER:   01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/23/2005 | 7:02 | 6/23/2005 | 6/23/2005 | 20:05 | 7683 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | YX |
| > Glucose, Serum | 142 H | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 5.9 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 9 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.2 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 8 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 102 | mmol/L | 96 - 109 | YX |
| Carbon Dioxide, Total | 26 | mmol/L | 20 - 32 | YX |
| Calcium, Serum | 9.8 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 8.4 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.6 | g/dL | 3.5 - 5.5 | YX |
| Globulin, Total | 3.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 71 | IU/L | 25 - 150 | YX |
| > LDH | 326 H | IU/L | 100 - 250 | YX |
| AST (SGOT) | 25 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 30 | IU/L | 0 - 40 | YX |

***EFFECTIVE JUNE 27, 2005, the reference intervals***
will be changing to:          Male   0 - 55 IU/L
Female 0 - 40 IU/L

| > GGT | 72 H | IU/L | 0 - 65 | YX |
|---|---|---|---|---|
| Iron, Serum | 154 | ug/dL | 40 - 155 | YX |
| | | | | YX |
| Lipids | | | | YX |
| Cholesterol, Total | 180 | mg/dL | 100 - 199 | YX |
| > Triglycerides | 195 H | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 54 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 39 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 87 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.3 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
                              Men   Women
1/2 Avg.Risk 3.4      3.3
Avg.Risk 5.0      4.4

| Pat Name: PALMER,NELSON | Pat ID: 173247 | Spec #: 174-684-3114-0 | Seq #: 7683 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

