IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NELSON LEE PALMER (AIS #173247)         *
                                        *
    Plaintiff,                          *
                                        *
V.                                      *    2:06-CV-344-WKW
                                        *
DR. SIDDIQ, ET AL.                      *
                                        *
    Defendants.                         *

## AFFIDAVIT OF TAHIR SIDDIQ, M.D.

**STATE OF ALABAMA**

**COUNTY OF BULLOCK**

**BEFORE ME**, _____, a notary public in and for said County and State, personally appeared **TAHIR SIDDIQ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Tahir Siddiq. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1996, and have been board certified in internal medicine since 1996. I have served as the Medical Director for Bullock Correctional Facility in Union Springs, Alabama, since 1997. Since November 3, 2003, my employment at Bullock Correctional Facility has been with Prison Health Services,



Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

It is my understanding that Mr. Palmer has made a complaint in this matter that I have failed to provide him with appropriate treatment for a lipoma which has developed on the back of his neck. Mr. Palmer's complaint is completely unfounded, as I have provided him with appropriate care for this condition at all times.

On September 27, 2005, I provided Mr. Palmer with an initial evaluation and noted that he had a large lipoma developing on the nape of his neck.[1] On October 18, 2005 I referred Mr. Palmer to surgeon Bryan Whyte, M.D. for specialty evaluation. Dr. Whyte determined that diagnostic evaluation of the lipoma would be necessary before a definitive treatment plan could be recommended.

Pursuant to Dr. Whyte's recommendation, this inmate was afforded a CT scan of the neck and chest on February 2, 2006. John C. Tomberlin, M.D. interpreted the studies. Dr. Tomberlin determined that Mr. Palmer's chest CT scan showed a soft tissue density and apparent lipoma along his upper dorsal region extending into the posterior region of the neck. Otherwise, the study was unremarkable for this condition. The neck CT scan showed the same soft tissue mass, likely a lipoma, contained within the subcutaneous tissues. Mr. Palmer's anterior soft tissues appeared normal with symmetrical thyroid lobes noted; his airway was uncompromised. Subsequent to these studies, Mr. Palmer has been approved for surgery to remove the lipoma. We are in the process of scheduling the surgery with Dr. Whyte's office.

---

[1] A lipoma is a benign tumor (neoplasma) of fatty tissue. It is painless and slowly enlarges, sometimes becomes several inches across. It has no potential for developing into a cancer.

In order to treat intermittent pain associated with this lipoma, Mr. Palmer has received Advil as warranted for his changing condition.

Based on my review of Mr. Palmer's medical records, and on my personal knowledge of the treatment provided to him, it is my medical opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Bullock County Correctional facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions at Bullock. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. At no time have I, or any of the medical or nursing staff at Bullock Correctional Facility, denied Mr. Palmer any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Palmer. At all times, Mr. Palmer's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
TAHIR SIDDIQ, M.D.

STATE OF ALABAMA            )

COUNTY OF BULLOCK           )

I, _Louis D. Boyd Jr_____, a Notary Public in and for said State and County, hereby certify that TAHIR SIDDIQ, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 31 day of May, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 1-7-200_

(NOTARIAL SEAL)