THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NELSON LEE PALMER, # 173247** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:06-CV-344-WKW |
| | ) | [WO] |
| | ) | |
| **DR. SEDIET,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## **ORDER**

The Magistrate Judge filed a Report (Doc. # 19) in which he recommended that the case be dismissed without prejudice. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Report and Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 19) is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 18th day of September, 2007.

                                              /s/   W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE